**EXHIBIT 1**

# In The Matter of:

*Hansen v.*
*311 Boyz*

---

## *VIDEOTAPED DEPOSITION OF:*

## Christopher Farley
*September 9, 2005*

---

*Associated Reporters of Nevada*
*Certified Court Reporters*
*2300 W. Sahara Avenue*
*Suite 770*
*Las Vegas, NV 89102*
*(702) 382-8778    FAX: (702) 382-2050*

**Word Index Included**

## Page 1

```
 1                DISTRICT COURT
 2              CLARK COUNTY, NEVADA

 3  STEPHEN TANNER HANSEN, individually  )
 4  CRAIG LEFEVRE, individually, JOSEPH  )
    GRILL, individually, CARMA MAHN and  )
 5  EDWARD MAHN individually and/or as   )
    parents of STEPHEN TANNER HANSEN;    )CASE NO. A497445
 6  CLARK & STACEY LEFEVRE, individually )DEPT. NO. XI
    and/or as parents of CRAIG LEFEVRE;  )
 7  and THOMAS GRILL individually and/or )
    as parent of JOSEPH GRIL,            )
 8                                       )
              Plaintiffs,                )
 9                                       )
         vs.                             )
10                                       )
    311 BOYZ also known as STEVEN GAZLAY,)
11  individually; JEFF HART, individually;)
    CHRISTOPHER FARLEY, individually;    )
12  MATTHEW COSTELLO, individually;      )
    ANTHONY GALLION, individually; SCOTT )
13  MORSE, individually; ERNEST BRADLEY  )
    AGUILAR, individually; DOMINIC       )
14  HARRIMAN, individually; CHRISTOPHER  )
    MORGAN, individually; BRYAN BUSHY,   )
15  individually; JARED ROSE,            )
    individually; MIKE ARNOLD,           )
16  individually; and all members of the )
    311 BOYZ; LES ROSE, individually;    )
17  MICHAEL FLANK, individually; BRENDA  )
    FLANK, individually; HELEN           )
18  CONSTANIDES, individually; TERRIBLE  )
    HERBST, INC., a Nevada corporation;  )
19  and DOES I through 100; and ROE      )
    CORPORATIONS, 1-10,                  )
20                                       )
              Defendants.                )
21  _____ )
22
23    VIDEOTAPED DEPOSITION OF CHRISTOPHER FARLEY
24
25
```

## Page 2

```
 1
 2
 3
 4
 5
 6
 7
 8
 9              .
     VIDEOTAPED DEPOSITION OF CHRISTOPHER FARLEY
10
      Taken on Friday, September 9th, 2005
11
            At 1:30 p.m.
12
     At 2300 West Sahara Avenue, #770
13
          Las Vegas, Nevada
14
15
16
17
18
19
20
21
22
23
24
     REPORTED BY:  RENE' R. MCCAULEY, CCR NO. 326
25   ///
```

## Page 3

```
 1  APPEARANCES:
    For Tanner Hansen:   JEROME BOWEN, ESQ.
 2  the Grills and      Bowen Law Office
    the Mahns           7465 West Lake Mead Boulevard, #270
 3                      Las Vegas, Nevada  89128
 4  For the Lefevres:   WM. KERRY SKAGGS, ESQ.
                        Benson, Bertoldo, Baker & Carter,
 5                      Chartered
                        7408 West Sahara Avenue
 6                      Las Vegas, Nevada  89117
 7  For Bryan Bushy:    TROY ATKINSON, ESQ.
                        McCormick, Barstow, Sheppard,
 8                      Wayte & Carruth, LLP
                        3900 S. Paradise Road, Suite 201
 9                      Las Vegas, Nevada 89109
10  For Ernest Aguilar: BRYCE BUCKWALTER, ESQ.
11                      3230 South buffalo Drive, #108
                        Las Vegas, Nevada 89117
12
    For the Flanks:     CHRISTINA MALLATT, ESQ.
13                      Lewis, Brisbois, Bisgaard &
                        Smith, LLP
14                      400 South Fourth Street, #500
                        Las Vegas, Nevada 89101
15
    For Scott Morse:    TRACEY HOWARD, ESQ.
16                      Gentile & Howard
                        1640 Alta Drive, #12
17                      Las Vegas, Nevada 89106
18  For Mat Costello:   DAVID SQUIRES, ESQ.
                        Emerson & Manke, PLLC
19                      302 East Carson Avenue, #1002
                        Las Vegas, Nevada 89101
20
21  Also present:  Tanner Hansen, Plaintiff
22
23
24
25
```

## Page 4

```
 1                I N D E X
 2  Examination By:   Direct  Cross  Redirect  Recross
 3  Mr. Bowen                   5
    Mr. Skaggs                156
 4
 5             E X H I B I T S
 6  Description                       Page
 7  Plaintiffs'
 8    1      Amended notice of      3
            taking deposition
 9
    2      Subpoena                 3
10
    3      Arrest report          168
11
12
13
14  ///
15  ///
16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
```

Associated Reporters of Nevada  702-382-8778
2300 West Sahara Avenue, Suite 770 Las Vegas, Nevada 89102

## Page 5

```
1              (Plaintiffs' Exhibits 1 and 2 marked.)
2    Thereupon--
3              CHRISTOPHER FARLEY,
4    was called as a witness and having
5    been first duly sworn, was examined and testified
6    as follows:
7              MR. BOWEN:  Jerome Bowen on behalf of Tanner
8    Hansen, the Mahns, Joe Grill and Tom Grill, and seated
9    to my left is Tanner Hansen.
10             MR. SKAGGS:  Kerry Skaggs on behalf of the
11   Lefevre family.
12             MR. BUCKWALTER:  Bryce Buckwalter on behalf
13   of Ernest Aguilar.
14             MS. HOWARD:  Tracey Howard on behalf of
15   Scott Morse.
16             MR. ATKINSON:  Troy Atkinson on behalf of
17   the defendant, Bryan Bushy.
18             MS. MALLATT:  Christina Mallatt on behalf of
19   defendants, Michael and Brenda Flank.
20             MR. SQUIRES:  David Squires for
21   Matthew Costello.
22             DIRECT EXAMINATION
23   BY MR. BOWEN:
24        Q.   Mr. Farley, may I call you Chris?
25        A.   Yes.
```

## Page 6

```
1         Q.   Okay.  Can you hear me okay?
2         A.   Yes.
3         Q.   Have you ever had your deposition taken
4    before?
5         A.   No.
6         Q.   Do you have a lawyer?
7         A.   No, I don't.
8         Q.   Did you have a criminal lawyer?
9         A.   Yes.
10        Q.   Did you ever make arrangements to inquire as
11   to whether your criminal lawyer would represent you in
12   the civil case?
13        A.   No, I didn't.
14        Q.   Is it your desire that you represent yourself
15   today?
16        A.   No.
17        Q.   Is it your desire you have a lawyer?
18        A.   I would like to have one, but.
19        Q.   What attempts have you made to get a lawyer?
20        A.   I've talked to people, but I can't afford
21   one.
22        Q.   The documents I placed in front of you today,
23   Exhibits 1 and 2 to your deposition, Exhibit 1 I'll
24   represent for the record is what we call a notice of
25   taking your deposition.
```

## Page 7

```
1         A.   Okay.
2         Q.   Exhibit 2 is a subpoena.  Would you take a
3    look at that subpoena, please?
4         A.   Okay.
5         Q.   Is that the subpoena you were served with?
6         A.   Yes.
7         Q.   And is that why you're here today?
8         A.   Yes.
9         Q.   All right.  Mr. Farley, let me go through a
10   couple of ground rules, okay?
11        A.   Okay.
12        Q.   Okay.  Chris, the oath that you have taken
13   when you raised your right hand and the court reporter
14   swore you in is the same oath that you would take if
15   you were in court seated on the stand.
16        A.   Okay.
17        Q.   Do you understand that?
18        A.   Yes.
19        Q.   In fact, you've testified in court; is that
20   correct?
21        A.   Yes.
22        Q.   You understand that that is the same oath
23   that you took today?
24        A.   Yes.
25        Q.   Do you understand that that oath requires to
```

## Page 8

```
1    you to tell the truth?  Do you understand that?
2         A.   Yes.
3         Q.   Do you understand that if you do not tell the
4    truth, that you may be subject to perjury?  Do you
5    understand that?
6         A.   Yes.
7         Q.   Do you know what perjury is?
8         A.   No.
9         Q.   Misrepresenting the truth.
10        A.   Okay.
11        Q.   Do you understand that, essentially?
12        A.   Yes.
13        Q.   Okay.  It's important today, Chris, that you
14   tell us the truth.  And in so doing that doesn't mean
15   we want you to guess.
16        A.   Okay.
17        Q.   Now, a guess is different than when I'm
18   asking for your best recollection or your best
19   estimate.  A guess would be something that you never
20   knew.
21        A.   Okay.
22        Q.   Okay.  Have you ever been in this room before
23   today?
24        A.   No.
25        Q.   So you had never seen this table that's
```

2 (Pages 5 to 8)

Christopher Farley  Volume 1  September 9, 2005

## Page 9

1  seated in front of you today?

2      A.  No.

3      Q.  So if I asked you prior to coming today what

4  the size of this table was, that would be a guess;

5  isn't that correct?

6      A.  Yes.

7      Q.  But if I asked you to estimate the size of

8  your mom and dad's kitchen table in your house, you

9  could give me an estimate of that; isn't that correct?

10      A.  Yes.

11      Q.  Okay.  If I asked you to recollect certain

12  events that you may have participated in and you could

13  recollect those; is that correct?

14      A.  Yes.

15      Q.  That's what I'm asking you for today.

16      A.  Okay.

17      Q.  I'm asking you for your best recollection and

18  your best estimate.  Do you understand?

19      A.  Yes.

20      Q.  Okay.  What did you do to prepare for your

21  deposition today?  Did you talk to anybody?

22      A.  I called a few friends that were lawyers, but

23  never civil lawyers, and they just gave me pointers.

24      Q.  Did you hire any of those lawyers?

25      A.  No.

## Page 10

1      Q.  Okay.  Who did you call?

2      A.  I called Doug Malan.

3      Q.  Okay.  And who else?

4      A.  And I called a friend who had talked to a

5  lawyer who works in his office he works at.

6      Q.  Where does he work?

7      A.  He works at his father's office.  This is

8  Danny Malan.

9      Q.  Okay.  He works at Mr. Malan's office, Doug

10  Malan?

11      A.  Yes.

12      Q.  Is Doug, is Danny Malan a friend of yours?

13      A.  Yes.

14      Q.  How long have you known him?

15      A.  Since like second grade.

16      Q.  Anyone else you spoke to in preparation for

17  your deposition?

18      A.  No.

19      Q.  So you knew that in coming to your deposition

20  today, you knew you had the opportunity to hire a

21  lawyer; is that correct?

22      A.  Yes.

23      Q.  Okay.  You knew you had the opportunity to

24  object to your deposition if you wanted to after

25  speaking to this lawyer; isn't that correct?

## Page 11

1      A.  Yes.

2      Q.  And you're here today to testify; is that

3  correct?

4      A.  Yes.

5      Q.  Who represented you in the criminal case?

6      A.  Robert M. Duraskovich.

7      Q.  Did you provide any materials, documents,

8  photographs, videotapes, to Mr. Duraskovich in your

9  criminal case?

10      A.  No.

11      Q.  So you just provided your knowledge; is that

12  correct?

13      A.  Yes.

14      Q.  You didn't give him any physical materials?

15      A.  No.

16      Q.  Okay.  Have you reviewed any documents or

17  watched any videotapes prior to today?

18      A.  No.

19      Q.  Did you speak with your parents about your

20  deposition?

21      A.  Yes.

22      Q.  And what did they tell you?

23      A.  Just go in and tell them what you know.  Tell

24  them the truth.

25      Q.  Are you under the influence of any drugs or

## Page 12

1  alcohol right now?

2      A.  No.

3      Q.  When was the last time you had an alcoholic

4  drink?

5      A.  Over a year ago.

6      Q.  When was the last time you used any drugs?

7      A.  Two years.

8      Q.  Are you under the influence of any medication

9  today?

10      A.  No.

11      Q.  Are you ill today?

12      A.  No.

13      Q.  Is there any reason why we can't proceed with

14  your deposition today?

15      A.  No.

16      Q.  What's your full name?

17      A.  Christopher Ryan Farley.

18      Q.  What's your date of birth, Christopher?

19      A.  April 3rd, 1985.

20      Q.  What's your social security number?

21      A.  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.

22      Q.  What's your present address where you live?

23      A.  6901 Jurani Street, J-U-R-A-N-I.

24      Q.  How long have you lived there?

25      A.  Two years.

3 (Pages 9 to 12)

## Page 13

```
 1      Q.   Who do you live with there?
 2      A.   My mom and dad.
 3      Q.   What's your mom and dad's name?
 4      A.   Penny and Darrell Farley.
 5      Q.   Is that P-E-N-N-Y?
 6      A.   Yeah.
 7      Q.   And Darrell, is it D-A-R-R-E-L-L?
 8      A.   Yes.
 9      Q.   Who else do you live with other than your mom
10 and dad?
11      A.   My brothers.
12      Q.   What's your brothers' names?
13      A.   Bryan.
14      Q.   Is that Bryan B-R-I-A-N or B-R-Y-A-N?
15      A.   B-R-Y-A-N.
16      Q.   Thank you.
17      A.   Jeffrey and Benjamin.
18      Q.   Jeffrey, J-E-F-F-R-E-Y?
19      A.   Yes.
20      Q.   And Benjamin?
21      A.   Yes.
22      Q.   How old is Bryan?
23      A.   Bryan is 22.
24      Q.   How old is Jeffrey?
25      A.   Eighteen.
```

## Page 14

```
 1      Q.   How old is Benjamin?
 2      A.   Sixteen.
 3      Q.   Do you live with anyone else at that location
 4 other than those people you've already testified to?
 5      A.   No.
 6      Q.   How long has Bryan lived with you at that
 7 location?
 8      A.   He's been home for a year.
 9      Q.   Okay.  So he was not here in Las Vegas on
10 July 18th, 2003?
11      A.   No.
12      Q.   Where did you live on July 18th, 2003?
13      A.   I can't recall the old address.
14      Q.   Did you live at 8233 Deer Springs Lane?
15      A.   Yes.
16      Q.   In Las Vegas?
17      A.   Yes.
18      Q.   And is that just west of U.S. 95?
19      A.   Yes.
20      Q.   And is that just north of I-215?
21      A.   Yes.
22      Q.   What's the name of that development?
23      A.   Timber Lakes.
24      Q.   Did you move from that location to the place
25 you live now or did you live somewhere else in between?
```

## Page 15

```
 1      A.   We had lived in an apartment for a few
 2 months.
 3      Q.   When did you live in the apartment,
 4 approximately?  Was it after July 18th, 2003?
 5      A.   Yes.
 6      Q.   And before your new house; is that correct?
 7      A.   Yes.
 8      Q.   Why did you move from your Deer Springs
 9 residence?
10      A.   We just sold our house and we were waiting to
11 move into our new one.
12      Q.   You were building your new one?
13      A.   We were waiting for those people to leave.
14 It was an older home.
15      Q.   Had you purchased, strike that.  Do you know
16 if your mother and dad had purchased the new house
17 prior to July 18th, 2003?
18      A.   I don't know.
19      Q.   Do you know if your old house on Deer Springs
20 had been placed on the market, the real estate market
21 or that it was for sale prior to July 18th, 2003?
22      A.   I don't know.
23      Q.   Do you know who the real estate agent was
24 that sold your house?
25      A.   No, I don't.
```

## Page 16

```
 1      Q.   In Deer Springs you lived across the street
 2 from a policeman; is that correct?
 3      A.   Yes, I did.
 4      Q.   Is that officer Empy?
 5      A.   Brett Empy.
 6      Q.   Brett Empy.  Of Metro?
 7      A.   Yes.
 8      Q.   Do you know a Detective Hammock?
 9      A.   Yes.
10      Q.   Detective Hammock is with Metro, too; is that
11 correct?
12      A.   Yes.
13      Q.   And Detective Hammock is the father of
14 Chelsea Hammock; is that correct?
15      A.   Yes.
16      Q.   And you know Chelsea Hammock, too, don't you?
17      A.   Yes, I do.
18      Q.   Chelsea Hammock is a friend of yours; is that
19 correct?
20      A.   Yes.
21      Q.   And she was a friend of yours on July 18th,
22 2003; is that correct?
23      A.   Yes.
24      Q.   And you knew on July 18th, 2003 that Chelsea
25 Hammock's dad was a police officer; is that correct?
```

4 (Pages 13 to 16)

## Page 17

1    A.    Yes.
2    Q.    Prior to July 18th, 2003 did you ever have
3  any trouble with the police?
4    A.    No.
5    Q.    Never had police inquire about any of your
6  actions?
7    A.    No.
8    Q.    Never arrested?
9    A.    No.
10   Q.    Prior to July 18th, 2003 were you ever
11 disciplined by your mom and dad as a teenager?
12   A.    Yeah, I've been grounded.
13   Q.    Okay.  Prior to July 18th, 2003 how were you
14 grounded as a teenager?
15   A.    Can't go out.
16   Q.    What do you mean by go out?
17   A.    Like go out and hang out with people, go out
18 and do, see a movie or something.
19   Q.    How many times do you recall prior to
20 July 18th, 2003 you being grounded in that manner?
21   A.    I don't know.
22   Q.    Less than ten?
23   A.    Like what do you mean, like a time span like
24 all the way like my whole lifetime, or?
25   Q.    No.  When you were a teenager, so from 13 up

## Page 18

1  to July 18th, 2003.
2    A.    Maybe, I'd say around ten.
3    Q.    Did you have a driver's license on July 18th,
4  2003?
5    A.    Yes.
6    Q.    Did you obtain that when you were 16?
7    A.    Yes.
8    Q.    Did that driver's license ever get suspended?
9    A.    No.
10   Q.    Were you ever charged with any, any charges
11 by Metro related to your driving?
12   A.    I've gotten a speeding ticket before.
13   Q.    Other than your speeding ticket, any other
14 charges related to driving?
15   A.    No.
16   Q.    Did you have your own car or truck prior to
17 July 18th, 2003?
18   A.    Yes.
19   Q.    Okay.  Let's start with the one you had at
20 the time of July 18th, 2003.  What were you driving?
21   A.    It was a blue 1980 F-250.
22   Q.    And that's a Ford 250 truck?
23   A.    Yes.
24   Q.    And that was yours?
25   A.    Yes.

## Page 19

1    Q.    Whose name was on the title?
2    A.    My dad's.
3    Q.    Darrell Farley?
4    A.    Yes.
5    Q.    Did he purchase that truck for you?
6    A.    Yes.
7    Q.    Did you have to put down any money on the
8  truck?
9    A.    No.
10   Q.    Do you remember when he bought that truck?
11   A.    No, I don't.
12   Q.    Do you remember what grade of school you were
13 in when you first got that truck?
14   A.    My junior year.
15   Q.    Junior year of high school?
16   A.    Yes.
17   Q.    You went to high school at Centennial?
18   A.    Yes.
19   Q.    Is that the only high school you've attended?
20   A.    Yes.
21   Q.    Where did you go to junior high?
22   A.    Molasky and Becker.
23   Q.    Did you graduate from Centennial?
24   A.    No.
25   Q.    Why not?

## Page 20

1    A.    I had gotten kicked out of school.
2    Q.    When did you get kicked out of school?
3    A.    2004.
4    Q.    When in 2004?  Give me your best
5  recollection.
6    A.    January or February.  I know it was the
7  beginning of the year.
8    Q.    Who kicked you out of school?
9    A.    I don't remember.
10   Q.    Was it someone in the administration of the
11 high school?
12   A.    It had to do with the whole, this whole
13 situation beginning.
14   Q.    It had to do with the situation with Tanner?
15   A.    Yes.
16   Q.    So who kicked you out, do you remember?
17   A.    No.
18   Q.    Do you remember how it happened, you being
19 kicked out?
20   A.    No.
21   Q.    When were you informed that you were kicked
22 out?
23   A.    I don't know.
24   Q.    How did you find out you were kicked out?
25   A.    I don't remember.

5 (Pages 17 to 20)

Christopher Farley  Volume 1  September 9, 2005

## Page 21

1    Q.   So you don't remember if you found out from
2    your parents or from somebody else; is that correct?
3    A.   Yes.
4    Q.   What did you do after you were kicked out?
5    A.   I attended adult education.
6    Q.   Where?
7    A.   Garside.
8    Q.   Did you complete that?
9    A.   No.
10   Q.   Why did you not complete that?
11   A.   I had to leave the school because I was
12   getting harassed.
13   Q.   Harassed by whom?
14   A.   Other people that were there.
15   Q.   Why were you being harassed as far as you
16   understood?
17   A.   Because of the situation I'd gotten myself
18   into.
19   Q.   Because of the things you had done to Tanner?
20   A.   Yes.
21   Q.   And so other kids harassed you or the
22   administration at Garside harassed you, or both?
23   A.   They were just the students.
24   Q.   How did that make you feel when you were
25   being harassed?

## Page 22

1    A.   Not good.
2    Q.   So did you leave voluntarily or were you
3    asked to leave?
4    A.   Voluntarily.
5    Q.   Then what did you do?
6    A.   I just started working.
7    Q.   Where did you start working?
8    A.   Big Town Mechanical.
9    Q.   Is that what, heating and air conditioning?
10   A.   It's plumbing and pipe fitting.
11   Q.   Okay.  Who owns Big Town Mechanical, if you
12   know?
13   A.   Jim Barton.
14   Q.   How did you know Jim Barton?
15   A.   From church.
16   Q.   You go to church?
17   A.   Yes.
18   Q.   How long have you known Jim Barton?
19   A.   Since 2002.
20   Q.   He gave you a job?
21   A.   Yes.
22   Q.   Why didn't you go to school somewhere else?
23   A.   I just never gotten around to it.
24   Q.   You could have taken home courses; is that
25   correct?

## Page 23

1    A.   Yes.
2    Q.   You chose not to do that?
3    A.   Yes.
4    Q.   In fact, isn't true that you went to court
5    this last year and asked Judge Cherry to let you out so
6    you could finish school; is that correct?
7    A.   Yes.
8    Q.   And you still haven't gone back to school
9    even though you're out; is that correct?
10   A.   Yes.
11   Q.   Let's go back now to your vehicles.  When did
12   you sell, if you did, when did you get rid of the 1980
13   F-250 truck?
14   A.   I think it was early 2004.
15   Q.   Why did you get rid of it?
16   A.   We donated it to Shadow Ridge High School.
17   They have an auto shop class.
18   Q.   What did you drive before the F-250 1980 blue
19   Ford truck?
20   A.   Before that I owned an '89 Chevy S-10 Blazer.
21   Q.   Did you have insurance on the F-250 truck?
22   A.   We had liability.
23   Q.   Who had the insurance?  Was it you or your
24   dad?
25   A.   My dad.

## Page 24

1    Q.   What insurance company had that?
2    A.   I don't know.
3    Q.   Do you know if you still have that same
4    insurance, same company?
5    A.   I do not know.
6    Q.   Did you have a cell phone on July 18th, 2003?
7    A.   Yes.
8    Q.   Was your cell phone number 325-2239?
9    A.   Yes.
10   Q.   And what company was that with?
11   A.   I think T-Mobile.
12   Q.   Whose name was that account in?  In other
13   words, who got you the phone?
14   A.   I had gotten myself the phone.
15   Q.   With whose money?
16   A.   My money.
17   Q.   And did you open the account in your name or
18   someone else's name?
19   A.   I don't remember.  I don't know.
20   Q.   Could have been in your name, could have been
21   in your mom and dad's name?
22   A.   Yes.
23   Q.   You just don't know?
24   A.   Yes.
25   Q.   Okay.  Do you still have that same company,

6 (Pages 21 to 24)

## Page 25

1  T-Mobile?
2       A.   No.
3       Q.   New company?
4       A.   New company.
5       Q.   Who's that?
6       A.   Sprint.
7       Q.   So did you go directly from T-Mobile to
8  Sprint?
9       A.   Yes.
10      Q.   What's your cell phone number now?
11      A.   581-5982.
12      Q.   Your phone that you had with T-Mobile, did
13  that have the ability to plug in various numbers that
14  you could access, speed dial?
15      A.   Yes.
16      Q.   Do you do that on that phone?
17      A.   Yes.
18      Q.   Do you remember whose numbers you had plugged
19  in?
20      A.   No.
21      Q.   You don't remember any names of any people
22  you had plugged in on that phone?
23      A.   I can't recall any of the names.
24      Q.   How about Ashley Erickson?
25      A.   Yes.

## Page 26

1       Q.   How about Tasha McLaughlin?
2       A.   No.
3       Q.   How about Jessica Webb?
4       A.   No.
5       Q.   Do you remember any other names other than
6  Ashley?
7       A.   I can't remember any of the names.
8       Q.   How about Brian Pillsbury?
9       A.   Yeah, I had him on that phone.
10      Q.   Does that help you remember any other names?
11      A.   I can't, I've had another phone after that.
12  I can't remember if I've had old numbers or new
13  numbers.
14      Q.   Do you have your phone with you?
15      A.   No, I don't.
16      Q.   Do you have automatic speed dial on your
17  phone now?
18      A.   Yes.
19      Q.   Do you remember any names and numbers you
20  have on your cell phone now?
21      A.   Yes.
22      Q.   Can you tell me who those are, other than
23  family?
24      A.   I have work, job superintendents, I have my
25  Bishop, I have a friend Joe, Joseph Tejata.

## Page 27

1       Q.   How do you spell his last name?
2       A.   I don't know.
3       Q.   Tejata?
4       A.   Tejata.
5       Q.   Who else?
6       A.   That's all I can think of.
7       Q.   No girls?
8       A.   I use it for work purposes only.
9       Q.   So you don't have Austin Bazolli's number on
10  there?
11      A.   I don't, I might.  I don't know.  I haven't
12  gone, I don't use my phone.
13      Q.   You don't use your phone for anything to call
14  Austin ever?
15      A.   I use it when I'm at work, but no, I don't
16  use it for, I don't do anything anymore.
17      Q.   So you don't use your phone to call any
18  friends?
19      A.   My brothers and my friend, Joe.
20      Q.   The answer is no other than Joe?
21      A.   I don't know.
22      Q.   You don't know or you don't recall?
23      A.   I don't recall.
24      Q.   Do you recall ever speaking to Austin Bazzoli
25  on your cell phone?

## Page 28

1       A.   She's called it.
2       Q.   Is Austin Bazzoli your girlfriend?
3       A.   No.
4       Q.   Has she ever been your girlfriend?
5       A.   No.
6       Q.   So if she were to say that she's your
7  girlfriend, she'd be mistaken?
8       A.   Yes.
9       Q.   Didn't you tell Austin Bazzoli recently that
10  you would rather go seven years without making a dime
11  rather than pay one dime to Tanner Hansen?
12      A.   No.
13      Q.   You didn't tell her that?
14      A.   No.
15      Q.   So if she testifies to that then she would be
16  mistaken, too?
17      A.   Yes.
18      Q.   Isn't it true that you told her also, too,
19  that you'd bankrupt, you're not going to pay Tanner one
20  dime, you're going to take out bankruptcy?
21      A.   No.
22      Q.   You didn't say anything about bankruptcy to
23  Austin?
24      A.   We talked about it, but I didn't, never said
25  that.

Christopher Farley  Volume 1  September 9, 2005

## Page 29

1    Q.   What did you tell her about that?
2    A.   I'm considering it.
3    Q.   Why are you considering it?
4    A.   To see if it will do anything with the
5  lawsuits.
6    Q.   You have a judgment against you now?
7    A.   I don't know.
8    Q.   Are you aware that you've been defaulted in
9  this case because you haven't answered the lawsuit?
10   A.   I didn't know, but if I am.
11   Q.   You didn't know that there was a lawsuit
12  against you?
13   A.   I knew there was a lawsuit, but I don't know
14  anything about law or civil suits, or.
15   Q.   So let me make sure I understand.  When you
16  got served, you got served with the lawsuit, right?
17   A.   Yes.
18   Q.   When you got served with the lawsuit you
19  didn't talk to anybody about it?
20   A.   I was in County.
21   Q.   So is your answer no, you didn't talk to
22  anybody about it?
23   A.   No, I haven't talked to anybody about it.
24   Q.   You didn't talk with your parents about the
25  lawsuit?

## Page 30

1    A.   Other than my parents, I mean, like lawyers,
2  I haven't talked to any lawyers about it.
3    Q.   So when you talked to your parents about it
4  you didn't say, "What should we do about this lawsuit?"
5    A.   Yeah.
6    Q.   And what did they say?
7    A.   "Try to get a lawyer if you can."
8    Q.   So they said to you when you were in County,
9  "Try and get a lawyer if you can"?
10   A.   Yes.
11   Q.   And they never attempted to get a lawyer?
12   A.   No.
13   Q.   So you've never discussed with your parents
14  the fact that you don't have any money and if you get a
15  judgment against you, you'll just bankrupt and Tanner
16  wouldn't get any money from you?  You have never had
17  that discussion with your parents?
18   A.   We've talked about the suit and all everybody
19  said is I'll try to do it.  If I get a judgment against
20  me I'll just pay it.
21   Q.   You said you'd pay it?
22   A.   Yes.
23   Q.   So you never told Austin Bazzoli or your
24  parents that you would just bankrupt if you got a suit
25  against you and you had to pay?

## Page 31

1    A.   No.
2    Q.   You think Austin Bazzoli is an honest girl?
3    A.   Sometimes.
4    Q.   So sometimes she's not honest?
5    A.   Yes.
6    Q.   Are you honest all the time?
7    A.   A lot of times, yes.
8    Q.   You're not honest all the time?
9    A.   I try to be as much as possible.
10   Q.   So your answer is no, you're not honest all
11  the time?
12   A.   No.
13   Q.   Have you always been honest with Austin?
14   A.   No.
15   Q.   Why have you not told her the truth
16  sometimes?
17   A.   We just have a shaky friendship.  It's always
18  fighting.
19   Q.   You've never had a romantic interest in her?
20   A.   No.
21   Q.   Did you ever talk with her while you were in
22  lockup?
23   A.   Yes.
24   Q.   You call her or did she call you or both?
25   A.   I'd have to call her.

## Page 32

1    Q.   So you called a girl that you had no romantic
2  interest in in lockup?
3    A.   Yes.
4    Q.   Why did you call her?
5    A.   She was a friend.
6    Q.   Why did you want to talk to her?
7    A.   I just wanted to talk to somebody.
8    Q.   Who else did you call while you were in
9  lockup, other than family?
10   A.   I had a girlfriend in the beginning.
11   Q.   When you were in lockup?
12   A.   Yes.
13   Q.   Who was that?
14   A.   Jennifer Poole.
15   Q.   P-O-O-L-E?
16   A.   Yes.
17   Q.   How long had Jennifer been your girlfriend,
18  strike that.  Had she been your girlfriend prior to
19  lockup?
20   A.   Yes.
21   Q.   When did she start to become your girlfriend?
22   A.   July 8th.
23   Q.   July 8th of what year?
24   A.   2004.
25   Q.   Why do you remember it being July 8th?

Associated Reporters of Nevada  702-382-8778
2300 West Sahara Avenue, Suite 770  Las Vegas, Nevada 89102

Christopher Farley  Volume 1  September 9, 2005

## Page 33

1  A.  Because that was the day I asked her out.
2  Q.  Good answer.  Good memory.  I remember the
3  first time I asked my wife out, too.  That's not
4  coincidental.
5      All right.  So then after Jennifer Poole,
6  then did you have a girlfriend after that?
7  A.  No.
8  Q.  Why did you no longer, why are you no longer
9  dating Jennifer Poole?
10  A.  Because she just wants to go out and party
11  and mess around.
12  Q.  And you don't like to go out and party and
13  mess around?
14  A.  I have no drive to do that.
15  Q.  Anymore?
16  A.  Anymore.
17  Q.  You did at one time; is that correct?
18  A.  Yes.
19  Q.  Like on July 18th, 2003?
20  A.  Yes.
21  Q.  During the whole summer of July, during the
22  whole summer of 2003?
23  A.  Yes.
24  Q.  In fact, you were known as a pretty notorious
25  partier, weren't you?

## Page 34

1  A.  Yes, I was.
2  Q.  You liked to drink a lot; is that correct?
3  A.  Yes.
4  Q.  And you used to get your beer yourself; is
5  that correct?
6  A.  Yes.
7  Q.  And you were a minor at times when you bought
8  beer; is that correct?
9  A.  Yes.
10  Q.  In fact, you used to buy beer on occasion at
11  the Chevron station off of Ann Road and Rainbow; is
12  that correct?
13  A.  I've gotten beer there just once.
14  Q.  Once when you were a minor?
15  A.  Yes.
16  Q.  Is that in the summer of 2003?
17  A.  No.
18  Q.  When was that; prior to that?
19  A.  Yes.
20  Q.  Did you have a fake ID when you bought the
21  beer?
22  A.  No, I didn't.
23  Q.  Anybody card you for the beer?
24  A.  I hadn't bought beer.  I didn't pay, I didn't
25  go up and buy it, I had fished for it.

## Page 35

1  Q.  What's fished?
2  A.  That's where you ask people outside, adults,
3  if they could buy it for you.
4  Q.  So you stood outside of that gas station and
5  asked them to buy you beer?
6  A.  Yes.
7  Q.  And then they went in and bought you beer?
8  A.  Yes.
9  Q.  Did you ever, do you understand the term kick
10  it?
11  A.  Kick it?
12  Q.  Yeah, kicking it?
13  A.  Like hanging out?
14  Q.  Yeah.  Is that what you understand that term
15  to mean?
16  A.  Yes.
17  Q.  Did you ever kick it at that gas station with
18  friends?
19  A.  Yes.
20  Q.  In fact, that was kind of a regular place to
21  kind of meet up and kick it in the summer of 2003 along
22  with other areas; is that correct?
23  A.  Yes, it was.
24  Q.  And did you ever see any police come to that
25  gas station and inquire about any activities outside

## Page 36

1  that gas station?
2  A.  Yes.
3  Q.  In fact, isn't it true that on at least one
4  occasion that one of your friends was patted down by
5  the police and taken away in the car?
6  A.  I was never there for that.
7  Q.  Police ever ask you what you were doing at
8  that gas station?
9  A.  Yes.
10  Q.  Tell us about that occasion.  What happened?
11  A.  Well, the police would come up and there
12  would be a group of kids in cars.  And they'd ask what
13  we were doing and we can't loiter.  And we would just
14  say we're meeting with a bunch of friends because we're
15  about to leave.  And then the cops would just say, "You
16  guys can't hang out here".  So we would get in our cars
17  and go somewhere else.
18  Q.  It is true, is it not, that you all knew, you
19  all meaning the people that would kick it at that gas
20  station, your friends, that it was commonplace that
21  that gas station would sell beer to minors; is that
22  correct?
23  A.  Yes.
24  Q.  Everybody knew that that hung out with you;
25  is that correct?

**Associated Reporters of Nevada  702-382-8778**
**2300 West Sahara Avenue, Suite 770  Las Vegas, Nevada 89102**

Christopher Farley  Volume 1  September 9, 2005

## Page 37

1    A.    Yes.

2    Q.    And that was in the summer of 2003; is that

3 correct?

4    A.    Yes.

5    Q.    In fact, it is true that it went around in

6 your group that there were guys, guy clerks, male

7 clerks inside that store that liked some of the girls

8 that were minors in your group and would regularly sell

9 beer to them without carding them; is that correct?

10    A.    I don't know.

11    Q.    You don't remember that?

12    A.    I don't remember any of that.

13    Q.    So where would you get your beer if you had

14 to buy it?

15    A.    Most of the time I was with Mark Herman.

16    Q.    Mark Herman your friend?

17    A.    Not anymore.

18    Q.    Was he your friend in July of 2003?

19    A.    Yes, he was.

20    Q.    Would he buy your beer for you?

21    A.    Yes, he would.

22    Q.    Did he buy your beer you drank on the night

23 of July 18, 2003?

24    A.    I wasn't drinking that day.

25    Q.    You did not drink at all that night?

## Page 38

1    A.    At all.

2    Q.    So when you went to the park, Mountain Crest

3 Park that night you weren't drinking?

4    A.    No.

5    Q.    So if Ashley Erickson and others testified

6 that you were drinking and you were under the influence

7 of alcohol, they would be mistaken?

8    A.    Yes.

9    Q.    And you didn't drink at all that night; is

10 that correct?

11    A.    Yes.

12    Q.    So you were clean and sober when the

13 activities were happening that night; is that correct?

14    A.    Yes, I was.

15    Q.    You had your full faculties and you knew what

16 you were doing; is that correct?

17    A.    Yes, I was.

18    Q.    All right.  Prior to July 18th, 2003 did you

19 ever drink as a teenager?

20    A.    Yes.

21    Q.    On how many occasions; more than 50?

22    A.    Yes.

23    Q.    More than a hundred?

24    A.    I don't know the number.  I'd drink on the

25 weekends.

## Page 39

1    Q.    Okay.  And how did you get the beer when you

2 were a teenager other than through Mr. Herman?

3    A.    That was, if I'd go to a party it would be

4 there, I would drink it.  The only time I would ever

5 get it is was through Herman.

6    Q.    And Mark Herman would buy it for you knowing

7 you were a minor?

8    A.    Yes.

9    Q.    How old was he when he was buying it for you,

10 if you know?

11    A.    22 or 23.  I don't really remember.

12    Q.    Did you consider yourself in the summer of

13 2003 to be a pretty close friend of Mr. Herman's?

14    A.    We were pretty good friends.

15    Q.    Did he go to high school with you?

16    A.    No.

17    Q.    How did you meet him?

18    A.    At the Speedway.

19    Q.    Who else did you consider to be pretty tight

20 with in the summer of 2003?

21    A.    He was my, really my only close friend.  I

22 was friends with everybody, but he was the only one

23 that I would, that would be like the first on my call

24 list or something.

25    Q.    First on your call list when there was a

## Page 40

1 party happening and you were going to go kick it?

2    A.    Yes.

3    Q.    You would agree with me, would you not,

4 Chris, that in the summer of 2003 that you kicked it at

5 least once a week with friends?

6    A.    Yes.

7    Q.    And that you drank at least once a week

8 during that summer with friends; is that correct?

9    A.    Yes.

10    Q.    Do you recall ever being at an event in the

11 summer of 2003 where an individual was out in front of

12 his house in a neighborhood and there were several kids

13 that started to hit, hit a kid, beat him, hit him in

14 the face with brass knuckles and the dad came out and

15 the dad was threatened?

16    A.    No.

17    Q.    Do you recall that incident?

18    A.    No, I don't.

19    Q.    Prior to July 18th, 2003 were you ever at a

20 party with Steven Gazlay?

21    A.    Yes.

22    Q.    More than ten times?

23    A.    I'd probably say, yeah.

24    Q.    More than 20 times?

25    A.    No.

10 (Pages 37 to 40)

Christopher Farley  Volume 1  September 9, 2005

## Page 41

1    Q.    So somewhere between ten and 20?

2    A.    Yeah.

3    Q.    You were driving a Ford F-250 on July 18th,

4    2003?

5    A.    Yes, I was.

6    Q.    Was that an automatic or a standard?

7    A.    An automatic.

8    Q.    Prior to July 18th, 2003 did you ever go home

9    drunk?

10   A.    Yes.

11   Q.    Did you have a curfew?

12   A.    Yes, I did.

13   Q.    What was your curfew prior to July 18th,

14   2003?

15   A.    Midnight.

16   Q.    Did you ever go home past your curfew?

17   A.    Sometimes I would.

18   Q.    Tell me what happened when you would go home,

19   first of all drunk prior to July 18th, 2003.  What

20   would your parents do?

21   A.    Well, my parents, they go to bed around

22   10:00, so usually when I come home they're asleep.

23   They've never caught me coming home drunk.

24   Q.    So your parents to the best of your knowledge

25   never saw you come home at 12:00 midnight or thereafter

## Page 42

1    drunk?

2    A.    No.

3    Q.    Did that include after July 18th, 2003?

4    A.    Yes.

5    Q.    So it would be safe to say then your parents

6    would not wait up for you to make sure you're home

7    safe?

8    A.    My mom would call me before she goes to sleep

9    every night and ask what I'm doing and to remind me to

10   be home at midnight.

11   Q.    So it is fair to say your parents would never

12   wait up for you to check and to make sure that you were

13   home on time and safe; is that correct?

14   A.    On occasion they would.

15   Q.    How many times would you say you came home

16   drunk prior to July 18th, 2003?

17   A.    Oh, like six.

18   Q.    How many times would you say you came home

19   drunk after July 18th, 2003?

20   A.    A few.  Three, four.

21   Q.    Prior to July 18th, 2003 did you ever get in

22   a fist fight, physical fight?

23   A.    No.

24   Q.    So you never had an altercation with anybody?

25   A.    No.

## Page 43

1    Q.    After July 18th, 2003 did you ever have an

2    altercation with anybody?

3    A.    No.

4    Q.    Parents ever take your truck away from you?

5    A.    Yes.

6    Q.    When?

7    A.    When I would come home after my curfew.

8    Q.    So your parents were up on occasion and did

9    realize that you were home past 12:00 or they found out

10   the next day?

11   A.    They would, my mom would wake up sometimes in

12   the middle of the night to go to the bathroom or

13   something, I don't know, and she would see if I wasn't

14   home.

15   Q.    How many times was your truck taken away from

16   you prior to July 18th, 2003?

17   A.    Only a few, like two.

18   Q.    How many times was it taken away from you

19   after July 18th, 2003?

20   A.    Just a few.

21   Q.    What would your parents do when they would

22   ground you other than not allow you to go out with

23   friends and occasionally take your truck away as you've

24   testified to?

25   A.    Other than that, take away my cell phone, but

## Page 44

1    that was about it.

2    Q.    Did your parents ever get you counseling?

3    A.    No.

4    Q.    Your parents know you drink alcohol?

5    A.    They did.

6    Q.    When did they find that out?

7    A.    They found out I was drinking a lot probably

8    the night, July 18th or the night that the incident

9    happened.

10   Q.    So let me make sure I understand this, Chris

11   and you tell me if I'm wrong, okay?  You're saying that

12   your parents for the first time realized you were

13   drinking a lot from the night of July 18th, 2003, the

14   night that you weren't drinking; is that correct?

15   A.    Yes.

16   Q.    Why did they find out you were drinking a lot

17   on the night that you weren't drinking?

18   A.    Because I went in and talked to my parents.

19   Q.    What did you tell them?

20   A.    I walked into their bedroom and I told them

21   something happened and I told them about it.  And then

22   my dad was, well, they have asked me questions, you

23   know, had you been drinking, do you use drugs, and no

24   on the drugs, but yes, I go out and party.  And they

25   asked, you know, if I was in sexual relations, you

## Page 45

1  know, all those kind of questions.
2      Q.   Is that the first time your parents had ever
3  asked you about your drinking?
4      A.   Yes.
5      Q.   Have you ever used steroids?
6      A.   No.
7      Q.   Have you ever been with friends that have
8  used steroids?
9      A.   No.
10     Q.   Have you ever been at a party where anybody
11  has done any type of drugs or steroids with needles?
12     A.   No.
13     Q.   Or syringes?  No?
14     A.   No.
15     Q.   Have you ever been at a party where anybody's
16  been doing any drugs?
17     A.   Yes.
18     Q.   Have you ever been at a party where anybody
19  has been doing any drugs prior to July 18th, 2003?
20     A.   Yes.
21     Q.   Have you ever been at a party with Steven
22  Gazlay where anybody's been doing any drugs?
23     A.   He may have been at a party.  I don't know.
24     Q.   Okay.  Have you ever been at a party where
25  somebody's been doing drugs and Scott Morse has been

## Page 46

1  at the party?
2      A.   Yes.
3      Q.   Which party was that, do you recall?
4      A.   I don't recall.
5      Q.   But you know you have been?
6      A.   Yes.
7      Q.   On how many different occasions?
8      A.   I don't know.
9      Q.   And you don't remember specifically or
10  generally what those occasions were for or where they
11  were?
12     A.   No.
13     Q.   Was it before July 18th or after July 18th?
14     A.   Probably before.
15     Q.   You know Scott Morse, right?
16     A.   I know him.
17     Q.   Scott Morse was a friend of yours prior to
18  July 18th, 2003?
19     A.   I wouldn't really call us friends, but I knew
20  of him from snow boarding at school.
21     Q.   You snow boarded with him?
22     A.   I've seen him on the mountain a few times.
23     Q.   Have you ever talked to him on the mountain?
24     A.   We'll sit on the lift together and chit-chat,
25  but.

## Page 47

1      Q.   who did you see him with snow boarding, if
2  you did?
3      A.   I don't know who he was with.
4      Q.   You don't remember anybody that he had
5  traveled with or was skiing with?
6      A.   No.
7      Q.   That you knew?
8      A.   No, I don't.
9      Q.   How many parties would you say you have been
10  to with Scott Morse?
11     A.   A good few, maybe ten.
12     Q.   That's your best recollection?
13     A.   That's my best recollection, is ten.
14     Q.   Is that prior to July 18th, 2003 including
15  July 18th?
16     A.   Yes.
17     Q.   You'd been, seen him at a party, you been
18  with him at a party since that time?
19     A.   No.
20     Q.   Do you know who Bryan Bushy is?
21     A.   Yes, I do.
22     Q.   Have you ever been friends with Bryan Bushy?
23     A.   No.
24     Q.   Why not?
25     A.   I don't like people who smoke weed.  And he

## Page 48

1  was a, he smoked weed a lot.
2      Q.   He smoked marijuana a lot?
3      A.   Yeah.
4      Q.   How do you know that?
5      A.   Because I had gone over to his house once.
6  we had a party, there were girls there, and it just
7  talk and that's all they talk about and I have nothing
8  in common with that.
9      Q.   All he and the girls there were talking about
10  was smoking weed?
11     A.   Yeah.
12     Q.   Is that the last time you went to his house?
13     A.   Yes.
14     Q.   You ever been to any other parties with Bryan
15  Bushy?
16     A.   No.
17     Q.   Were you with him on July, strike that.  Was
18  he at the location at issue on July 18th, 2003, Bryan
19  Bushy?
20     A.   I don't know if he was there or not.
21     Q.   You didn't see him?
22     A.   No, I didn't.
23     Q.   You do know what he looks like, right?
24     A.   Yes, I do.
25     Q.   Have you talked to him since July 18th, 2003?

12 (Pages 45 to 48)

Christopher Farley  Volume 1  September 9, 2005

## Page 49

1    A.    No.

2    Q.    Do you know who Mat Costello is?

3    A.    Yes, I do.

4    Q.    Has he ever been a friend of yours?

5    A.    I knew him from snow boarding in school.

6    Q.    You ever see Mat Costello snow board with

7    Scott Morse?

8    A.    No, I didn't.

9    Q.    Did you ever travel snow boarding, did you

10   ever go snow boarding with Mat Costello?

11   A.    I did once.

12   Q.    Was that in Utah?

13   A.    No, we went to Lee Canyon.

14   Q.    Is that prior to July 18th, 2003?

15   A.    Yes, it was.

16   Q.    So I may have asked this before, Chris.  I

17   apologize.  Was he a friend of yours, Mat Costello?

18   A.    I wouldn't really call us friends.  I knew of

19   him.

20   Q.    Did you like him?

21   A.    He was a nice kid.

22   Q.    Ever been to parties with him?

23   A.    I've seen him at parties.

24   Q.    How many parties would you say you've been at

25   that he's been at?

## Page 50

1    A.    I can't recall.

2    Q.    More than five?

3    A.    Yeah.

4    Q.    More than ten?

5    A.    Yeah, yeah.

6    Q.    Okay.  Was that prior to July 18th, 2003?

7    A.    Yes.

8    Q.    Do you know Dominic Harriman?

9    A.    I know him, but, I know of him.  I don't

10   really know him.

11   Q.    When's the first time you remember realizing

12   who he was or somebody telling you that's Dominic

13   Harriman?

14   A.    I don't remember the date, but I met him up

15   at the Centennial parking lot one day.  He was with

16   Steven.

17   Q.    Steven Gazlay?

18   A.    Yes.

19   Q.    Steve Gazlay a friend of yours?

20   A.    No.

21   Q.    Has he ever been a friend of yours?

22   A.    No.

23   Q.    You ever been to any parties with Dominic

24   Harriman?

25   A.    Just one.

## Page 51

1    Q.    That was on July 18th, 2003?

2    A.    Yeah.

3    Q.    Is he a cousin of Steven Gazlay?

4    A.    I think so.  I know they're related.

5    Q.    Ever heard of a guy with the nickname the

6    Italian Stallion?

7    A.    No.

8    Q.    You never heard that?

9    A.    No, I haven't.

10   Q.    How about Mexican Man?

11   A.    No.

12   Q.    Never heard anybody yelling out, "This is

13   Mexican Man"?

14   A.    No, I haven't.

15   Q.    Do you know what the basin is?

16   A.    The basin?

17   Q.    Yeah.

18   A.    Yes, I do.

19   Q.    What's the basin?

20   A.    It's a giant water retention basin on the top

21   of Centennial.

22   Q.    You ever go to the basin?

23   A.    I go riding up there.

24   Q.    Riding what?

25   A.    My dirt bike.  I have my dirt bike.

## Page 52

1    Q.    You have a dirt bike?

2    A.    Yeah.

3    Q.    When did you get that?

4    A.    2002.

5    Q.    Your mom and dad buy that for you?

6    A.    No, I bought it.

7    Q.    Who owned that?  Who was on the title of it,

8    if it had a title, I guess?

9    A.    It didn't have a title.

10   Q.    Your mom and dad ever take that away?

11   A.    No.

12   Q.    Do you still have that?

13   A.    No, I don't.

14   Q.    When did you get rid of that?

15   A.    I got into an accident.  It was 2003.  I

16   totalled it.

17   Q.    Okay.  And then you had to get rid of it?

18   A.    Yeah, it was just destroyed.

19   Q.    Do you know who Jeff Hart is?

20   A.    Yes.

21   Q.    Is he a friend of yours?

22   A.    No.

23   Q.    Has he ever been a friend of yours?

24   A.    No.

25   Q.    Why not?

13  (Pages 49 to 52)

Christopher Farley  Volume 1  September 9, 2005

## Page 53

1   A.   I knew of him.  We both rode.  I'd see him
2   out at the Speedway on practice nights.  And I knew him
3   from school.  He was dating a girl, Toni.  But he just
4   hung out with this kid, Richie and he did his own
5   thing.  I just never really hung out with him.
6   Q.   Do you know who Toni Cikity is?
7   A.   I know of her.  I don't know who she is.
8   Q.   Was she a friend of yours?
9   A.   No.
10   Q.   So did you ever go to parties with, strike
11   that.  Did you ever go to a party where Jeff Hart was?
12   A.   Yes.
13   Q.   More than one?
14   A.   Yeah, I'd say probably more than ten.
15   Q.   More than ten.  More than 20?
16   A.   I'd only see him really when we would go out
17   to like the desert parties or something.
18   Q.   Desert parties out at the basin?
19   A.   Yeah, or at the end of Jones.
20   Q.   End of Jones Road?
21   A.   Yes.
22   Q.   That was a regular place that you would all
23   kick it?
24   A.   It wasn't a regular, but that's where they
25   would have a lot of, that's where most, if there was

## Page 54

1   going to be a desert party, that's where it would be
2   out at.
3   Q.   That's where they'd have a lot of fights
4   happen; is that correct?
5   A.   I've never been out to a fight out there.
6   Q.   You have been to fights at the basin, though;
7   is that correct?
8   A.   I've seen a fight out there.
9   Q.   Just one?
10   A.   Yes.
11   Q.   Do you know who Chad Clatterbuck is?
12   A.   I remember the name.
13   Q.   Other than knowing the name, you don't know
14   what he looks like?
15   A.   I couldn't tell you what he looks like.
16   Q.   You ever see anybody videotaping anything
17   when you were at a party?
18   A.   Yeah.
19   Q.   Do you remember who was doing the
20   videotaping?
21   A.   No, I don't.
22   Q.   Do you remember anybody telling you that's
23   Chad Clatterbuck doing the videotaping?
24   A.   I, no.
25   Q.   Do you remember hearing of anybody indicate

## Page 55

1   in your presence or around you that, you know, the
2   fighting needed to begin, let's get on with the
3   fighting because they've only got so much videotape
4   left, let's make it good.  You ever hear anybody talk
5   about like that?
6   A.   I never heard any of.
7   Q.   Do you know what bum fights are?
8   A.   Yes.
9   Q.   What's bum fights?
10   A.   I guess it was a videotape recorded in Vegas.
11   A bunch of guys run around, I guess they got bums that
12   beat each other up or something.
13   Q.   You ever hear anybody talk about any
14   videotape footage of you and your friends or anybody
15   that you associated with, any of that fighting being
16   made so it could be sold for profit or put on the
17   Internet?
18   A.   No.
19   Q.   Never heard anybody talk about that?
20   A.   No.
21   Q.   Did you ever videotape any of the parties you
22   went to?
23   A.   No, I didn't.
24   Q.   Did you own a video camera?
25   A.   I owned a camera.

## Page 56

1   Q.   And you never took it to any parties?
2   A.   No.
3   Q.   Where did you keep your camera; at your
4   house?
5   A.   I kept it at home.
6   Q.   Do you know who Brandon Gallion is?
7   A.   Yes.
8   Q.   Is he a friend of yours?
9   A.   I was friends with him and his brother.
10   Q.   Anthony?
11   A.   Yes.
12   Q.   How long have you been their friends?
13   A.   Well, I'm not friends anymore.  I was
14   friends.  We were probably friends for probably a year,
15   two years.
16   Q.   You were a friend of Brandon and Anthony
17   Gallion on July 18th, 2003?
18   A.   Yes.
19   Q.   Why are you no longer friends with Brandon
20   and Anthony Gallion?
21   A.   I just don't want anything to do with any of
22   those other kids.
23   Q.   What other kids?
24   A.   Any of the kids that I got in trouble with.
25   Q.   Why's that?

14 (Pages 53 to 56)

Christopher Farley  Volume 1  September 9, 2005

## Page 57

1    A.   I just want to go on with my life, do my, you
2  know, start my life.  I'm 20 years old.  I need to just
3  move on.
4    Q.   Time to grow up?
5    A.   Yes.
6    Q.   Time to start doing what's right?
7    A.   Yes.
8    Q.   You don't think those kids were a good
9  influence on you?
10   A.   No, I don't.
11   Q.   Do you know who, strike that.  Have you ever
12  been to parties with Brandon or Anthony Gallion?
13   A.   Yeah.
14   Q.   How many parties would you say you have been
15  to with them?
16   A.   A lot.  I don't recall.
17   Q.   Would you say more than 20?
18   A.   I wouldn't say that.  Around 20 probably.
19   Q.   And that's prior to July 18th and including
20  July 18th, 2003?
21   A.   Yes.
22   Q.   Have you seen them since July 18th, 2003?
23   A.   No, I haven't.
24   Q.   You ever been over to their house?
25   A.   No, I haven't.

## Page 58

1    Q.   They ever been to your house?
2    A.   No.
3    Q.   Do you know who Brad Aguilar is?
4    A.   Yes.
5    Q.   What kind of vehicle was he driving in July
6  of 2003?
7    A.   We had a green Jeep Wrangler.
8    Q.   Like one of those ones you go off road with?
9    A.   Yes.
10   Q.   Is he a friend of yours?
11   A.   I knew him.  He lived down the street from
12  me.  I was friends with his older brother.  That's how
13  I knew him.
14   Q.   He lived down the street from you when you
15  live on --
16   A.   I lived on.
17   Q.   -- Deer Springs?
18   A.   Deer Springs, yes.
19   Q.   Deer Springs address?
20   A.   Yes.
21   Q.   Which direction did he live down the street?
22  Did he live east of you or west of you?
23   A.   West is that way, east.
24   Q.   He lived east of you?
25   A.   Yes.

## Page 59

1    Q.   More towards the gate entrances to your
2  development?
3    A.   More south.
4    Q.   Okay, more south.
5    A.   He lived down towards the back end of the
6  development.
7    Q.   Okay.  Down towards the I-215 area?
8    A.   Yes.
9    Q.   Okay.
10   A.   Yes.
11   Q.   And you knew him when you lived in that
12  development; is that correct?
13   A.   Yes.
14   Q.   You guys hung out together on occasion?
15   A.   No.  I wouldn't, no.
16   Q.   So you weren't friends?
17   A.   Not really.
18   Q.   Why weren't you friends?
19   A.   I was friends with his older brother.  We
20  were both into building trucks.  I'd see him when we'd
21  be out in the garage or something.
22   Q.   What's his older brother's name?
23   A.   Richard.
24   Q.   Richard Aguilar?
25   A.   Yes.

## Page 60

1    Q.   You ever go to any parties where Brad Aguilar
2  was there?
3    A.   I've been to a few.
4    Q.   When you say a few, is that more or less than
5  five?
6    A.   I would say around five.
7    Q.   Was that prior to and including July 18th,
8  2003?
9    A.   Yes.
10   Q.   Do you know who Chris Morgan is?
11   A.   Yeah.
12   Q.   Does Chris Morgan look like Scott Morse or do
13  they look different?
14   A.   I don't think they look the same.  I think
15  they look different.
16   Q.   Okay.  And are you a friend of Chris Morgan?
17   A.   No.
18   Q.   Have you ever been a friend of Chris Morgan?
19   A.   No.
20   Q.   Why have you never been a friend of Chris
21  Morgan's?
22   A.   I've just never really hung out with the kid,
23  never really sat down and talked to him, got to know
24  him.
25   Q.   You ever been to a party where Chris Morgan

15 (Pages 57 to 60)

## Page 61

1   has been present?
2       A.   Yeah.
3       Q.   How many, would you say?
4       A.   I don't recall.  Under ten.
5       Q.   Over five, under ten?
6       A.   Yes.
7       Q.   Was that prior to and including July 18th,
8   2003?
9       A.   Yes.
10          THE VIDEOGRAPHER:  I'm sorry, I'm hearing
11  your microphone cable.
12          THE WITNESS:  Oh, I'm sorry.  I'm just
13  twiddling my fingers.
14          MR. BOWEN:  That's all right.  That happens.
15  Are we okay?
16          THE VIDEOGRAPHER:  Yes.
17      Q.   (By Mr. Bowen)  Do you know who Ja Red or
18  Jared Rose is?
19      A.   Jared Rose, yes.
20      Q.   Did Jared Rose drive a dark blue pickup in
21  July of 2003?
22      A.   Yes, it was a Chevy.
23      Q.   A Chevy pickup, right?
24      A.   Yes.
25      Q.   Jared Rose a friend of yours?

## Page 62

1       A.   We were friends, but not very close.
2       Q.   What do you, why, tell me why he's not a
3   close friend, why you don't consider him a close
4   friend.
5       A.   I'd see him when I would go to like Best Buy
6   or something because I was always buying stuff for my
7   car, audio.  You know, I'd talk to him there.  Every
8   once in awhile we'd go see a movie with some girls or
9   something.  But I never, you know, we didn't ever
10  really become close friends.
11      Q.   But you would socialize with him; is that
12  correct?
13      A.   Yes.
14      Q.   And what girls did you have mutual
15  friendships with?
16      A.   I don't remember who they were.
17      Q.   Ashley Erickson?
18      A.   We never really went, hung out with her.
19      Q.   You don't remember any other girls you went
20  to movies with?
21      A.   No, I don't.
22      Q.   Now, he goes by the pronunciation Ja Red; is
23  that correct?
24      A.   Yes, yes.
25      Q.   Now, Ja Red, have you ever been to his house

## Page 63

1   in Las Vegas?
2       A.   I've been to it twice.
3       Q.   And which house, do you remember, strike
4   that.  On the two occasions were they the same house?
5       A.   No.
6       Q.   Different houses?
7       A.   Different house.
8       Q.   Okay.  Let's talk about the first time.
9   Where was his house?
10      A.   First time it was more up the street from
11  where the incident happened.  I guess it was his house,
12  his parent's house.
13      Q.   So the first time you went to his house was
14  at a house up the street from where the incident
15  happened involving Tanner?
16      A.   Yes.
17      Q.   Is that correct?  Is that correct?
18      A.   Yes.
19      Q.   When did you go there?  Was that prior to
20  July 18th, 2003?
21      A.   Yes.
22      Q.   Was that to a kicking it party?
23      A.   No.
24      Q.   Was that just to go there and kick it?
25      A.   It was, I just called him and told him I was

## Page 64

1   going to come over, and then me and him, we just both
2   left.  He was getting ready to go out.
3       Q.   You guys have a couple of beers together or
4   anything?
5       A.   No.
6       Q.   You ever drink with him at his house?
7       A.   No.
8       Q.   Where would you go, where would you go to
9   parties where Ja Red was present other than at the
10  house down the street where the incident happened
11  involving Tanner?
12      A.   I don't remember where they're at.  Like
13  where would me and him go?
14      Q.   Well, where would you be at a party and he
15  was at the party?
16      A.   I don't know.
17      Q.   Do you remember going to the basin where he
18  was present?
19      A.   I've seen him a few times out there.
20      Q.   How about at end of Jones?
21      A.   Yes, a few times.
22      Q.   What other houses would you go to and have
23  parties?  Would you go to anybody's house that you
24  recall other than Ja Red's, if you were to go to a
25  house?

16 (Pages 61 to 64)

## Page 65

1    A.   We would go to Lindsay's house sometimes.
2    Q.   Lindsay Gilbert?
3    A.   No, Lindsay Patternitti.
4    Q.   Lindsay Patternitti?
5    A.   Yes.
6    Q.   Who was she dating in July of 2003, if you
7  know?
8    A.   Some kid Derrick.  I don't know who he was.
9    Q.   Was Lindsay a friend of yours?
10   A.   Yeah.
11   Q.   Did Lindsay drink?
12   A.   Yes.
13   Q.   Would you drink at her house?
14   A.   Yes.
15   Q.   Where were her parents?
16   A.   Her mom was always working.  I don't know
17 where her dad's at.
18   Q.   Okay.  So her parents were never around when
19 you guys were there partying?
20   A.   Yeah.
21   Q.   How many times would you say you partied at
22 Lindsay's house?
23   A.   Probably about ten.
24   Q.   Prior to July 18th, 2003?
25   A.   Yes.

## Page 66

1    Q.   You like going over there?
2    A.   Yeah.
3    Q.   Who would you go over there with generally
4  when you would go over there and party?
5    A.   I'd just go by myself.
6    Q.   How would you find out about the parties?
7  Would Lindsay call you or would you find out about it?
8    A.   Well, she would call me and I would always go
9  over there before the party started.
10   Q.   You were pretty good friends with her?
11   A.   Yeah.  We hung out, you know, maybe four
12 times a week before.
13   Q.   Is she a fighter?  Did she like to fight?
14   A.   Yeah, she was a, you know, she was pretty
15 rowdy.
16   Q.   Pretty rowdy, like to get down and fight with
17 other girls?
18   A.   Yeah.
19   Q.   Pull hair, kick?
20   A.   Yeah.
21   Q.   Fight, pinch, hit?
22   A.   Yeah.
23   Q.   She's on those videos; is that correct,
24 fighting?
25   A.   Yes.

## Page 67

1    Q.   You've seen that?
2    A.   I've seen it on the news.
3    Q.   Did you ever see Scott Morse at any of those
4  parties at Lindsay's house?
5    A.   No.
6    Q.   You ever see Jeff Hart at any of those
7  parties?
8    A.   No.
9    Q.   Steve Gazlay?
10   A.   Yes.
11   Q.   Mat Costello?
12   A.   No.
13   Q.   The Gallions?
14   A.   No.
15   Q.   Dominic Harriman?
16   A.   No.
17   Q.   Chris Morgan?
18   A.   No.
19   Q.   Bryan Bushy?
20   A.   No.
21   Q.   Who would generally be there other than you
22 and Lindsay, if you remember?
23   A.   Me, Lindsay, Steven.
24   Q.   Steven Gazlay?
25   A.   Yeah, Steve Gazlay.  Sometimes his

## Page 68

1  girlfriend, Jennifer.
2    Q.   Jennifer Hopkins?
3    A.   Yes.  She would bring over a few girls.  I
4  don't know who they were.  There was just this kid,
5  Derrick, I don't know who he was.  Not her boyfriend,
6  but there was another kid, Derrick.  And he would
7  always bring over a few guys.
8    Q.   You were pretty good friends with Steven at
9  that time?
10   A.   No.
11   Q.   No?
12   A.   No.
13   Q.   How many times would you say you had a party
14 at Lindsay's with Steven present?
15   A.   He was only there a few times.
16   Q.   Only a few?
17   A.   Yeah.
18   Q.   Why don't we take a break for five minutes,
19 can we, Chris?
20   A.   Yes.
21   Q.   Okay.
22        (Whereupon, a recess was taken.)
23   Q.   (By Mr. Bowen)  Okay.  Chris, we took a
24 little break here.  Let's get back to some questions.
25 Are you able to go on?

17  (Pages 65 to 68)

Christopher Farley  Volume 1  September 9, 2005

## Page 69

1    A.    Yes.

2    Q.    Okay.  All right.  Do you know a Courtney

3    Brierschmidt?

4    A.    No.

5    Q.    You do know Jessica Webb; is that correct?

6    A.    No.

7    Q.    You know Brita Highlander?

8    A.    No.

9    Q.    Kenny LaPort?

10   A.    No.

11   Q.    Mat Reed?

12   A.    Yes.

13   Q.    Mat Reed a friend of yours?

14   A.    No.

15   Q.    Why is he not a friend of yours?

16   A.    Me and him, we've never really gotten along.

17   Q.    Why is that?

18   A.    I don't, it had to do with a girl in high

19   school and I guess it just followed us through.

20   Q.    Did you ever go to parties where he was at?

21   A.    Yeah, he'd be at a few and I'd just leave.

22   Q.    Do you know a Bonnie?

23   A.    Bonnie?

24   Q.    Bonnie Smith?

25   A.    Yes, I do.

## Page 70

1    Q.    Do you know what kind of car she drove in

2    July of 2003?

3    A.    No, I don't.

4    Q.    You don't ever equate Bonnie with a white or

5    dark, or a light beige Jeep?

6    A.    No, I've never seen a brown Jeep, or.

7    Q.    Do you know a Kayla Pennington or Pentington?

8    A.    Yes.

9    Q.    Do you know if Kayla Pentington, strike that.

10   Was Kayla a friend of yours?

11   A.    Yeah, yeah.

12   Q.    Kayla Pentington dating Mat Costello?

13   A.    Yeah.

14   Q.    That was in July of 2003?

15   A.    Yes.

16   Q.    Do you know a Travis Scalise?

17   A.    No.

18   Q.    Do you know a Patrick McLane?

19   A.    No.

20   Q.    Do you know a Brian Garcia?

21   A.    No.

22   Q.    Chris Gilbert?

23   A.    No.

24   Q.    T. J. Gieke?

25   A.    I've met him once, but I don't know him, no,

## Page 71

1    I don't.

2    Q.    Do you know a Josh Wood?

3    A.    No.

4    Q.    Do you know a T. J. Carter?

5    A.    Yes.

6    Q.    How do you know T. J. Carter?

7    A.    I know him from school.  That's where I first

8    met him.

9    Q.    T. J. Carter a fighter?

10   A.    Yes.

11   Q.    Like to fight?

12   A.    Yeah.

13   Q.    What other people that you would kick it with

14   on occasion, go to parties with that you understood

15   liked to fight other than T. J.?

16   A.    He was mainly the only one that would really,

17   you know, seemed like they're going out of their way to

18   find a fight.

19   Q.    Do you know a Colleen Reed or Coleen Reed?

20   A.    No.

21   Q.    Did you ever talk to Jeff Hart when you were

22   locked up?

23   A.    Yeah.  They had us in the same module

24   together.

25   Q.    Okay.  You guys talked about what happened

## Page 72

1    that night of July 18th in lockup; is that correct?

2    A.    No.

3    Q.    You didn't?

4    A.    Nobody ever really talked about it in there.

5    Q.    So you did not talk with Jeff Hart about what

6    happened on July 18th, 2003?

7    A.    No.

8    Q.    Did you talk to anybody at any time in jail

9    about what happened on July 18th, 2003?

10   A.    No, I didn't.

11   Q.    Have you ever told Austin Bazzoli what

12   happened on July 18th, 2003?

13   A.    No.  I really don't like talking about it.  I

14   haven't really talked about it with anybody.

15   Q.    Did you ever talk with Ashley Erickson about

16   what happened on July 18th, 2003?

17   A.    No.

18   Q.    Okay.  On July 18th, 2003 how old were you?

19   A.    I think I was --

20   Q.    Eighteen?

21   A.    -- eighteen years old.

22   Q.    You just turned 18 in that April?

23   A.    Yes, I did.

24   Q.    All right.  And were you working at that

25   time?

Christopher Farley  Volume 1  September 9, 2005

## Page 73

1    A.   Yes, I was.
2    Q.   Where were you working?
3    A.   Big Town Mechanical.
4    Q.   Did you work on July 18th, 2003?
5    A.   No, I didn't.
6    Q.   What were you doing prior to the party on
7  July 18th, 2003?
8    A.   I was at home.
9    Q.   Home with whom?
10   A.   My parents.
11   Q.   And then what did you do after you were home?
12   A.   I.
13   Q.   Where did you go?
14   A.   I hadn't gone anywhere.  I was home all day.
15   Q.   Did you eventually leave?
16   A.   Yeah.  When I left I went straight to the
17  party.
18   Q.   So when you left you drove straight to the
19  party?
20   A.   Yes.
21   Q.   You never went to a park?
22   A.   Well, no.  Yes, we did go to a park, but we
23  were only there for like ten minutes.  Then we'd gone
24  straight to the party.
25   Q.   When you went to the park did you go by

## Page 74

1  yourself?
2    A.   Yes.
3    Q.   In fact, you know Mountain Crest Park, right?
4    A.   Yes, I do.
5    Q.   That's also another place where you would
6  kick it on occasion; is that correct?
7    A.   Yes.
8    Q.   You go and you meet your friends there and
9  you decide what you're going to do that night?
10   A.   Yes.
11   Q.   And do a little drinking at the park?
12   A.   Yeah.
13   Q.   On occasion; is that correct?
14   A.   Yes.
15   Q.   An that was in the summer of 2003?
16   A.   Yes.
17   Q.   You saw Ashley Erickson at the park that
18  night; is that correct?
19   A.   Yes.
20   Q.   And you saw Tanner Hansen at the park that
21  night; is that correct?
22   A.   No.
23   Q.   Did you know who Tanner Hansen was prior to
24  July 18th, 2003?
25   A.   Yes.

## Page 75

1    Q.   How did you know Tanner?
2    A.   I'd met him the day before at a girl.
3  Courtney's house.
4    Q.   Courtney who?
5    A.   I don't know her last name.
6    Q.   Okay.
7    A.   He was there with Joe Grill and Craig
8  Lefevre.
9    Q.   So you knew who Joe Grill and Craig Lefevre
10 were; is that correct?
11   A.   Yes, I did.
12   Q.   And you didn't see Tanner at all at the
13 Mountain Crest Park July 18th, 2003?
14   A.   No, I didn't.
15   Q.   And you didn't see Joe Grill there, either?
16   A.   No.
17   Q.   And you didn't see Craig Lefevre there,
18 either?
19   A.   No.
20   Q.   Did you know what Craig Lefevre drove, what
21 kind of car or truck he drove at that time?
22   A.   I don't know what he was driving at that
23 time.
24   Q.   Okay.  You knew what he was driving later on
25 that night; is that correct?

## Page 76

1    A.   Yes, I knew it was a truck later that night,
2  but.
3    Q.   Okay.  Now, when you went to the park then
4  who do you remember seeing?
5    A.   Mark Herman.  He, me and him met there, Jared
6  was there because he was going to show us all to where
7  his house was at.  And then Mark, he kept his truck
8  parked and car pooled with me from there to the party.
9    Q.   If Ashley Erickson has stated under oath that
10 she and you were close friends, would you agree with
11 that?
12   A.   She, she thought she was real close with me,
13 but I never considered me and her close friends.
14   Q.   And you don't remember seeing her at the park
15 that night?
16   A.   I remember Jennifer.  Jennifer was there,
17 Steven's girlfriend.
18   Q.   Jennifer Hopkins?
19   A.   Jennifer Hopkins was there.  She had two
20 girls with her, but I don't recall seeing Ashley.
21   Q.   And you don't recall who the two girls were
22 with Jennifer?
23   A.   No, I don't.
24   Q.   So if it was Ashley Erickson you don't have
25 any recollection of that?

19 (Pages 73 to 76)

Christopher Farley  Volume 1  September 9, 2005

## Page 77

```
 1      A.   No, I don't.
 2      Q.   All right.  Did you see any boys with
 3 Jennifer Hopkins?
 4      A.   No.
 5      Q.   So you never saw any male persons around --
 6      A.   No.
 7      Q.   -- Jennifer Hopkins at the park?
 8      A.   No, I didn't.
 9      Q.   Never said anything to anybody about, you
10 never used the word faggot?
11      A.   No.
12      Q.   Directed towards anybody at the park?
13      A.   No, I didn't.
14      Q.   You know what that word is, right?
15      A.   Yes.
16      Q.   You've used that before?
17      A.   Yes.
18      Q.   You've called people that word before; is
19 that correct?
20      A.   I think my little brothers, but I've never
21 walked up and really called somebody a faggot or
22 something, you know.
23      Q.   You don't recall directing that term towards
24 anybody else at the park that night?
25      A.   No, I don't.
```

## Page 78

```
 1      Q.   All right.  How long were you at the park?
 2      A.   Only like ten minutes.  It wasn't very long.
 3      Q.   Why did you go to the park?
 4      A.   Because I didn't know where Jared's house was
 5 and that's where I was meeting him.
 6      Q.   How did you find out that there was something
 7 happening at Jared's house?
 8      A.   He called me.
 9      Q.   What did he say?
10      A.   Well, I had missed a few parties before, I
11 guess he had because I was out of town and he said, you
12 know, "Farley, come to this one," you know.  That's
13 what they called me, Farley.  And he said, you know,
14 "Don't miss this one.  You're in town, you better come
15 to this one."  So I said, "Oh, okay."
16      Q.   So you understood from Ja Red that he had
17 thrown some parties before that summer and you missed
18 them?
19      A.   Yes.
20      Q.   And he didn't want you to miss this one he
21 was throwing?
22      A.   Yeah.
23      Q.   Did you understand this was going to be one
24 or two friends or did you understand this was going to
25 be a party?
```

## Page 79

```
 1      A.   I understood this was, well, they didn't
 2 really name it a party, it was more of going to be a
 3 kickback.
 4      Q.   Okay, kickback, but you understood there was
 5 going to be more than a few people there, right?
 6      A.   Yes.
 7      Q.   All right.  And did you talk to Jared when
 8 you found out about the party or did he leave a
 9 message?
10      A.   He called me.  I, we talked.
11      Q.   What else did he tell you other than,
12 "Farley, you better not miss this one"?
13      A.   It was just that.
14      Q.   Did you tell him you were coming?
15      A.   I said, "Sure, why not?"
16      Q.   Did you invite anybody else?
17      A.   I had called Mark and told him.
18      Q.   Mark Herman?
19      A.   Yeah.
20      Q.   That's kind of the way it was done if I
21 understand, that Ja Red or whoever was throwing the
22 party wouldn't call everybody, he would call a few
23 people and then they'd call everybody.
24      A.   And then they would call, and yeah, it would
25 just spread out that away.
```

## Page 80

```
 1      Q.   Spread out that way, pretty commonplace?
 2      A.   Yeah.
 3      Q.   Okay.  So did Mark Herman come?
 4      A.   Yes, he did.
 5      Q.   Did you talk to Mark Herman before he came or
 6 did you just leave a message and then he showed up?
 7      A.   I called him, we talked.
 8      Q.   Okay.  What did you tell him?
 9      A.   I told him, "Jared's having a party, you want
10 to go?"  And he said, "Yeah, sure, why not?"  And I
11 said, "Meet me at the park."
12      Q.   Did he meet you at the park?
13      A.   Yes.
14      Q.   And then did he ride you with you or you with
15 him?
16      A.   I rode, he rode with me in my truck.
17      Q.   What did he do with his vehicle?
18      A.   He just kept it parked.
19      Q.   At the park?
20      A.   Yes.
21      Q.   What was he driving that night?
22      A.   He had an S-10.
23      Q.   Chevy S-10?
24      A.   Yes, Chevy S-10.  It was red.
25      Q.   Okay.  All right.  And then he climbed in
```

20 (Pages 77 to 80)

## Page 81

1  your pickup with you?
2      A.   Yes.
3      Q.   Who else got in with you, if anybody, Chris?
4      A.   That was it.
5      Q.   And then when you were, when you left the
6  park where did you directly go?
7      A.   Straight to the house.
8      Q.   When Mark Herman got to the park was he
9  drinking?
10     A.   No.
11     Q.   Do you think he had been drinking, in other
12  words.
13     A.   I don't recall if he had drinken (sic)
14  before.
15     Q.   Okay.  Let me ask it this way, okay?
16     A.   Okay.
17     Q.   You're doing a nice job responding.  Let me
18  just ask it this way.  I understand that you indicated
19  you didn't see him drink when you got to the park,
20  right?
21     A.   Yes.
22     Q.   Okay.  Did you smell alcohol on him or was he
23  behaving in any way that led you to believe that he had
24  been drinking?
25     A.   He's always weird, so I really can't tell

## Page 82

1  when he's drunk or not.
2      Q.   What do you mean, he's always kind of weird?
3      A.   He's just loud, just bouncing around.  He's a
4  real immature older guy, you know, just, you can't tell
5  if he's drunk or if he's sober.
6      Q.   Okay.  What was he wearing that night?  Give
7  me your best recollection.
8      A.   He, I know for a fact he was wearing red
9  Dickie shorts because he always wore those, but I don't
10  know what kind of shirt he was wearing.
11     Q.   Okay.  And what was his appearance like?  I
12  mean, can you describe him for me, what color hair,
13  what build?
14     A.   He had dark hair, he had a goatee, he was a
15  pretty stock guy, about my height, pretty tan.  He had
16  some tattoos.
17     Q.   What kind of tattoos did he have?
18     A.   He had a chain around his neck with an iron
19  cross in the center of his chest.  He had Herman across
20  his back and he had some stars or something on his
21  triceps on both arms.
22     Q.   The Herman across his back, that was a tattoo
23  with --
24     A.   It was on his lower back.
25     Q.   Oh, I'm sorry, his lower back.

## Page 83

1      A.   Herman, yeah.  It was Old English Herman.
2      Q.   And Old English type style writing?
3      A.   Yeah.
4      Q.   With tattooed Herman?
5      A.   Yes.
6      Q.   And a tattoo with some stars or something on
7  his left arm?
8      A.   On, he had a star on this arm and a star on
9  this arm, just single stars.
10     Q.   And then he had a necklace with an iron cross
11  on the necklace?
12     A.   Yeah.
13     Q.   All right.  And do you remember what kind of
14  shoes he was wearing that night?
15     A.   No.
16     Q.   Do you remember what kind of belt he had on,
17  or if he had a belt?
18     A.   I don't know if he had a belt on or not.
19     Q.   What were you wearing that night?
20     A.   Me, I was in my usual, I always wore it was
21  blue jeans and a white T-shirt.  I was, that's all I
22  ever wore.
23     Q.   Was it a white T-shirt like you've got on
24  now?
25     A.   Yes, it was exactly like one of these.

## Page 84

1      Q.   So it wasn't a wife beater?
2      A.   No, it was just an undershirt.
3      Q.   You've heard of that term, wife beater,
4  right?
5      A.   Yes, I have.
6      Q.   And that's more of kind of like a lower?
7      A.   Like a tank top, kind of.
8      Q.   Tank top.  Okay.  What kind of belt did
9  you have on that night, if you did?
10     A.   I had a studded belt with a large iron cross.
11     Q.   So you had an iron cross on the front of your
12  belt as a belt buckle?
13     A.   Yes.
14     Q.   And then what kind of shoes did you have on?
15     A.   I don't remember.
16     Q.   What was your hair like then?  I mean, you
17  kind of have a golden blondish or reddish tint now.
18     A.   It was more blonde then.  It was a lot
19  lighter.
20     Q.   Was it about styled like it is now, at about
21  that same height?
22     A.   No, I kept it shaved a little bit lower.  I
23  always kept it buzzed with about a four.
24     Q.   Okay.  Four size buzz cut?
25     A.   Yeah.

21 (Pages 81 to 84)

## Page 85

1    Q.    Okay.
2    A.    All the same length.
3    Q.    Why did you keep it shaved with the four size
4  buzz cut?  Did you just like that or was there some
5  special reason?
6    A.    Well, I work construction.  Wearing a hard
7  hat for eight hours, it's no fun with hair.  So I cut
8  my hair high and tight.
9    Q.    Okay.  All right.  And do you remember what
10 Jennifer Hopkins was wearing that night?
11   A.    No.
12   Q.    All right.  Now, Jennifer Hopkins, you knew
13 her quite well; is that correct?
14   A.    Not quite well, but I knew her.
15   Q.    You knew she was Steven's girlfriend, right?
16   A.    Yes.
17   Q.    Did you believe that she was Steven's
18 girlfriend that night?
19   A.    You know what?  I think I had heard that they
20 had broken up, that they weren't together that night.
21 At the time they were not boyfriend and girlfriend.
22   Q.    So you knew when you were at the park or you
23 were under the assumption at the park that night that
24 Steven and Jennifer had broken up?
25   A.    Yes.

## Page 86

1    Q.    That they'd had a parting, or?
2    A.    Taken time off.
3    Q.    Taken time off.  Okay.  Now, what did you
4  think about that?  Did you think anything about that or
5  just you didn't care?
6    A.    Well, I was fairly interested.  She's a good
7  looking girl, you know.
8    Q.    So you had some interest in her?
9    A.    So I had some, you know, interest into going
10 to that party and trying to see if I could talk to her.
11   Q.    You thought she may be available, right?
12   A.    Yes.
13   Q.    You kind of maybe had a little romantic
14 interest in her?
15   A.    No, I thought she was a good-looking girl.
16   Q.    Okay.  And so, and you don't remember what
17 she was wearing, correct?
18   A.    No, I don't.
19   Q.    All right.  Did you proceed directly from the
20 park to Ja Red's house?
21   A.    Yes.
22   Q.    How did you get there?  Which way did you
23 drive, in other words?
24   A.    We went all the way down Buffalo to Craig
25 something ranch or something.  I don't know the road

## Page 87

1  exactly.  It's right in between the two casinos up
2  there, right across the street from the Cloud Nine golf
3  course.
4    Q.    Alta?
5    A.    No, it was, how did we get there?
6          MR. SKAGGS:  Canyon Run?
7          THE WITNESS:  Canyon Run.  There, that's it.
8    (By Mr. Bowen)  Okay.
9    A.    Went all the way down Buffalo to Canyon Run,
10 made a right and that takes you right to the front gate
11 of the complex.
12   Q.    And you had been to Ja Red's development
13 before?
14   A.    Just once.
15   Q.    Did he have to tell you how to get there
16 again or did you know your way?
17   A.    I just followed, I followed people.
18   Q.    Did you follow people to the party that
19 night?
20   A.    Yes.
21   Q.    Who did you follow to the party?
22   A.    I followed Jared.
23   Q.    So how did you meet up with Jared then to get
24 to follow him to his house?
25   A.    We all met at the park.

## Page 88

1    Q.    So Ja Red came to the park?
2    A.    Yeah.
3    Q.    Who was with him?
4    A.    I don't think he had anybody with him.
5    Q.    Did you know that he was coming to the park?
6    A.    Yes.
7    Q.    Tell me what led to that.
8    A.    Well, he had called me and said he was
9  throwing a party.  I said I forget how to get there.
10 I'd only been there once.  He said just meet at the
11 park.  I said okay.
12   Q.    Because that's where you would hang out and
13 kick it?
14   A.    It was like a meeting place.
15   Q.    Okay.  All right.  So did Ja Red take anybody
16 with him in his truck?
17   A.    I don't recall.
18   Q.    Okay.  Was he the only person you followed to
19 the party?
20   A.    Yes.
21   Q.    Did anybody follow you to the party that
22 you're aware?
23   A.    I'm not aware if anybody had.
24   Q.    When you left the park did Jennifer leave the
25 park, too, or was she there when you left?

22 (Pages 85 to 88)

## Page 89

1    A.    She was still there when I had left.

2    Q.    And before you left you didn't see her with

3  any male guys?

4    A.    No.

5    Q.    All right.  So you went to, and how did you

6  get in the gate?

7    A.    He, Jared had opened up the gate and I just

8  followed him in.

9    Q.    And then what did you do when you went

10  through the gate?  Did you turn left or right?

11    A.    Turned left.

12    Q.    Where did you go?

13    A.    Went all the way down to the end of the

14  street.  There's a little cul-de-sac.

15    Q.    Did you stop at Jar Red's other house that

16  you had been to a party before?

17    A.    No.

18    Q.    You went past that house?

19    A.    Past that house.

20    Q.    And all the way down to the end?

21    A.    Yes.

22    Q.    Where there's kind of a circular cul-de-sac

23  there?

24    A.    Yes.

25    Q.    Where did you park?  Did you park inside the

## Page 90

1  cul-de-sac or in a driveway or across the street?

2    A.    I parked in the driveway.

3    Q.    In the driveway?

4    A.    Yeah.

5    Q.    Which driveway did you park on?

6    A.    The one, if you go down there's a driveway

7  right smack dead, right in front.  It loops around and

8  goes to the house we were at.  I parked in that one.

9    Q.    You parked right on the driveway?

10    A.    Right on the driveway, right in the middle.

11    Q.    Did anybody park on the driveway with you?

12    A.    Jared was on the driveway, but I was the only

13  other one.

14    Q.    So Jared's truck was ahead of your truck?

15    A.    Yes.

16    Q.    Did he pull right up to the garage door --

17    A.    Yes.

18    Q.    -- area at 9201?

19    A.    Yes.

20    Q.    And that was the last house, 9201 Canyon

21  Mesa?

22    A.    Yes.

23    Q.    All right.  Did anybody at any time that

24  night that you recall, Chris, did they park behind your

25  truck in the driveway?

## Page 91

1    A.    Nobody parked behind me.

2    Q.    So the only time you saw people park on the

3  driveway was your truck and Ja Red's?

4    A.    Yeah.  Everybody else was, they were around

5  the cul-de-sac and then down and up the street.

6    Q.    Down, up Canyon Mesa?

7    A.    Yes.

8    Q.    All right.  Now, when you pulled into the

9  development was it dark at that time?

10    A.    Yes.

11    Q.    What time do you think that was?  Give me

12  your best recollection.

13    A.    I'd probably say 8:00, 9:00ish.  I really

14  can't, I don't recall.

15    Q.    8:00 or 9:00ish?

16    A.    Yeah.

17    Q.    Okay, that's fair enough.  And then when you

18  got down in the cul-de-sac area did you see any other,

19  see any other people that you knew?  Anybody else

20  around?

21    A.    There was this girl, the Courtney that I was

22  with the day before.  I had met her there.  She pulled

23  up with Brian Pillsbury.

24    Q.    You knew Brian?

25    A.    Yeah, I knew Brian.

## Page 92

1    Q.    He was a friend of yours at that time, right?

2    A.    Yeah.

3    Q.    What did he have on that night, Brian

4  Pillsbury?

5    A.    I don't remember what he was wearing.

6    Q.    What was Courtney wearing that night?

7    A.    Jeans and a shirt.

8    Q.    Courtney a pretty good-looking gal?  Not

9  really?

10    A.    She's cute.  She's a cool girl, you know.

11    Q.    Okay.  All right.  So then you got down there

12  and you saw Courtney and Brian Pillsbury were there

13  when you arrived or did they get there right after you?

14    A.    They got there right after I did.

15    Q.    Who else did you see, strike that.  Did you

16  see anybody else there when you arrived?  Was it just

17  you and Ja Red and Mark Herman?

18    A.    There were people already in the back yard.

19    Q.    All right.  Let's talk about that.  So what

20  did you do right after you got out of the truck?

21    A.    I walked straight to the back yard.

22    Q.    Did you guys have any beer in your truck or

23  anything like that?

24    A.    No.

25    Q.    Herman didn't have any beer on him?

## Page 93

1   A.   No.

2   Q.   You guys didn't stop at all and buy beer?

3   A.   No.

4   Q.   Nobody bought beer for you?

5   A.   Nope.

6   Q.   Ja Red have any beer in his truck?

7   A.   No.

8   Q.   Anybody talk about buying beer at that time?

9   A.   We, I had, we brought up, mentioned, well,

10  Mark's here, now we can get the keg, because we were,

11  we needed beer.  There was no alcohol at the house.

12  Q.   Okay.  You guys were minors and here you've

13  got Mark, he's older, he can get beer?

14  A.   Yeah.

15  Q.   And that was your usual pipeline, right?

16  A.   Yeah.

17  Q.   So you said Mark's here, we can now go get

18  beer, right?

19  A.   Yes.

20  Q.   Okay.  Was that kind of the plan, for Mark to

21  go and get the beer?

22  A.   Yes.

23  Q.   Did that happen?  Did Mark leave and go get

24  beer?

25  A.   Yes.  Him and Ja Red after, I think they got

## Page 94

1   like 60 bucks or something like that.  They got it

2   together, they took, they took Jared's truck and they

3   both left the house.

4   Q.   All right.  So when you arrived how long was

5   it before Ja Red and Mark left in Ja Red's truck to get

6   the keg?

7   A.   15 minutes.

8   Q.   All right.  Between that, between the time

9   you arrived and the 15 minutes when they left, how many

10  people would you say then were present at this party?

11  A.   20.

12  Q.   All right.  Did you know most or all of those

13  people?

14  A.   I knew a lot of them.

15  Q.   Do you remember who was there by the time

16  that Ja Red left and Mark Herman?  Brian Pillsbury,

17  right?

18  A.   Brian Pillsbury.

19  Q.   Courtney, right?

20  A.   Courtney.

21  Q.   What about T. J.?

22  A.   T. J. was there.

23  Q.   T. J. Carter or Gieke?

24  A.   Carter.

25  Q.   What about T. J. Gieke?

## Page 95

1   A.   He was there.

2   Q.   Okay.  Who else was there that you remember?

3   How about Steven?

4   A.   By the time, by the time Jared left, Jennifer

5   had gotten there, Steven was there, Dominic was there.

6   Q.   That's Steven Gazlay, right?

7   A.   Steven Gazlay, yes.  Dominic Harriman was

8   there.

9   Q.   Were the two girls that were with Jennifer --

10  A.   Mat was there, Kayla Pennington was there.

11  Q.   Hold on.  Just a second.  Sorry, Chris.

12  A.   Okay.

13  Q.   I'm kind of interrupting you.  I apologize.

14  You did a nice job testifying.  Mat Costello, right?

15  A.   Yes.

16  Q.   And his girlfriend, Kayla Pennington?

17  A.   Yes.

18  Q.   Is that Pentington or Pennington?

19  A.   I always pronounce it Pennington.  I don't

20  know if I'm wrong.

21  Q.   I don't know, either.

22  A.   You could be right.  I don't know.

23  Q.   Okay.  All right.  So were the two girls that

24  were with Jennifer at the park were they with Jennifer

25  there?

## Page 96

1   A.   Yes.

2   Q.   Okay.  Did you know who they were?

3   A.   No, I didn't.

4   Q.   Okay.  And were there any guys that you saw

5   hanging around Jennifer at that time?

6   A.   Yes, I did.

7   Q.   During that 15-minute period?  Who did you

8   see hanging around with Jennifer?

9   A.   There was Tanner, Joe and Craig.

10  Q.   Tanner, Joe and Craig Lefevre?

11  A.   Yes.

12  Q.   Okay.  And was it Jennifer kind of by Tanner,

13  Craig and Joe and the other two girls or were there

14  more than the three girls with them?

15  A.   It was just the three girls.

16  Q.   Where were they kind of standing at the time

17  that you noticed the first time Jennifer being present

18  at the party?

19  A.   They were standing by the, sort of by the

20  sliding glass door to the house.

21  Q.   The back of the house?

22  A.   Yeah.

23  Q.   All right.  Now, it's dark at this time,

24  right?

25  A.   Yeah.

24 (Pages 93 to 96)

## Page 97

1    Q.   Music's going?

2    A.   Yes.

3    Q.   People brought some beer?

4    A.   Well, there was no beer yet.

5    Q.   But didn't people bring some of their own

6    beer?

7    A.   I don't know if they did, but I didn't have

8    any recollection of any alcohol being at the party at

9    that time.

10   Q.   Okay.  Well, I guess my question is did you

11   see anybody drinking, like bringing their own beer at

12   that time?

13   A.   No, I didn't see anybody drinking.

14   Q.   Did you ever see a light on inside the house?

15   A.   They had the lights on in the house, but then

16   they had the back light, which was a spotlight like on

17   the top of the house.

18   Q.   So the lights were on inside the house and

19   then they have a spotlight in the back on?

20   A.   Yeah.

21   Q.   So people could see in the back yard, right?

22   A.   Yeah.

23   Q.   Now, at some point didn't somebody like jump

24   off the roof, or a couple guys?

25   A.   Yeah, there was two kids.  There was T. J.

## Page 98

1    Carter and I don't know who the other one was.  They

2    were jumping off the house into the pool.

3    Q.   Take their shirts off, jump in the pool?

4    A.   Yeah.

5    Q.   How were they getting up on the roof, do you

6    know?  Did you see them get up on the roof?

7    A.   Well, I was actually helping them.  We would

8    go to the side and I'd get on the wall and I'd boost

9    them up.  I'd pick them up by their feet or whatever

10   and I'd push them up onto the roof.

11   Q.   Was this, were they doing this, well, strike

12   that.  Did you ever, boy, that was a bad question.  Let

13   me start over.  There's two.  One more, I'm out.

14        All right.  So do you remember if Ja Red was

15   there at the house when you were boosting them up and

16   they were jumping off the roof, or you don't recall?

17   A.   I don't recall.  I don't recall if he was

18   there or not.

19   Q.   Okay.

20   A.   I don't know if he had left, you know,

21   because we had talked and he said, "All right, I'm

22   leaving with Mark.  See you later."  Then we started

23   playing around, jumping off the roof.

24   Q.   Okay.  Who did you understand was, strike

25   that.  Did Ja Red ever say like, "Okay, you watch the

## Page 99

1    place," or, "Okay, you guys watch," I mean, was there

2    any like exchange of understanding as to who was in

3    charge?

4    A.   Well, everybody knew each other.  It was all

5    like we were all mutual, you know, everybody knew each

6    other.

7    Q.   You were all friends?

8    A.   So it was just, yeah, like more associates,

9    you know.  That's a bad word to say, but we all knew

10   of, he just said, "You, guys, this is my house.

11   Respect it, take care of it.  I'll be back in ten

12   minutes."

13   Q.   So he said, "This is my house"?

14   A.   Yeah.

15   Q.   So you thought that that was his house?

16   A.   Well, I knew it wasn't his house, but by him

17   saying it's my house, he was the only one there

18   responsible for it.

19   Q.   Did you think it was his dad's house?

20   A.   I knew it was his dad's house.

21   Q.   Why did you know it was his dad's house?

22   A.   Because he had told me we're going to, I

23   said, "You're having a party at your dad's house?"  He

24   said, "Well, it's not my dad's house.  It's one we rent

25   out," or something.  "It's down the street, but my dad

## Page 100

1    owns it."  I said okay.

2    Q.   He said, "It's one we rent out, but my dad

3    owns it"?

4    A.   Yes.

5    Q.   He told you that?

6    A.   Yes.

7    Q.   Ja Red?

8    A.   Yes.

9    Q.   No question about that?

10   A.   No question about that.

11   Q.   You're a hundred percent sure?

12   A.   Yes.

13   Q.   Okay.  Now, how did Ja Red and Mark get the

14   pickup from out in front of yours and go back up the

15   driveway?

16   A.   Well, I wasn't completely on his rear end and

17   we were like in the middle.  So there was feet on both

18   sides.  So he was able to, you know, go around me and

19   just back up.

20   Q.   Now, if I recall, and you correct me if I'm

21   wrong, Chris, as you go down that driveway that

22   driveway kind of serves two houses?

23   A.   Yes.

24   Q.   Kind of a multi-house driveway, right?

25   A.   Yes.

Christopher Farley  Volume 1  September 9, 2005

## Page 101

1  Q.  All right.  Now, I also recall you can
2  correct me if I'm wrong, that along the wall that is on
3  the side of the driveway, that if you were going over
4  the wall you would be on the street?
5  A.  Yes.
6  Q.  Along that wall there was a bunch of rock
7  piles and dirt like they were putting in landscaping,
8  right?
9  A.  Yes.
10  Q.  Is that correct?
11  A.  Yes.
12  Q.  Okay.  Now, how long then, strike that.  Do
13  you remember Jennifer showing up before Ja Red left or
14  after Ja Red left or you don't know?
15  A.  She showed up before.
16  Q.  She showed up before Ja Red left?
17  A.  Yes.
18  Q.  And how did Ja Red get the 60 bucks or so?
19  Did he go around and ask people?
20  A.  He just walked around and asked people.
21  Q.  And people would pony it up?  Yes?
22  A.  Yes, yes.
23  Q.  Okay.  Now, do you remember where they were
24  going to go get the keg?  They ever tell you?
25  A.  Huh-uh.

## Page 102

1  Q.  Didn't have any idea?
2  A.  No, I had no clue.
3  Q.  Okay.  Did you ever see Ja Red come back that
4  night?
5  A.  No, I didn't.
6  Q.  So you never saw him again after he left?
7  A.  Well, excuse me.  Yes, I had seen him, but I
8  didn't see him until after everything had happened.
9  Q.  All right.  So let's, we'll come back to that
10  then.
11  A.  Okay.
12  Q.  But you did see him come back to that house
13  area?
14  A.  Yes, I did.
15  Q.  Okay.  When you were still there?
16  A.  Yes.
17  Q.  Okay.  We'll come back to that then.  All
18  right.  So you're in the back yard and Ja Red is now
19  gone, music's playing; is that correct?  Is that yes?
20  A.  Yes, that's yes.  Sorry.
21  Q.  People were jumping off the house.  Are other
22  people in the pool swimming or just the two people
23  jumping off the house?
24  A.  Just the two people on the house.
25  Q.  Okay.  Now, is anything wrong yet?

## Page 103

1  A.  No.
2  Q.  Okay.  You ever start to suspect that
3  something's happening?
4  A.  I had no clue anything, I just figured it was
5  a hang out party.  I didn't think anything was going to
6  happen until Gazlay, he walked up to me and asked, you
7  know, "Do you see these those kids over there hanging
8  out with Jennifer?"  I said, "Yeah, I see."
9  Q.  Did you see?
10  A.  Referring to Craig and Tanner and Joe.  I
11  said, "Yeah, what about them?"  You know, and he's
12  like, "Well, they're here with Jennifer and they're not
13  supposed to be here."  So I'm like, "why not?  I
14  figured you guys were broken up."  He said, "Well,
15  she's still sort of mine," so whatever.  And he asked
16  me, "Well, can you do something about it?"  And I said,
17  "Dude, you're asking the wrong person.  I'm 18.  I'm
18  not touching them.  I'm not here to get in trouble, I
19  just want to have fun."
20  Q.  So he, you took that to mean he wanted you to
21  go over there and start something with them?
22  A.  Yes.
23  Q.  And you, that's the way you took it?
24  A.  That's the way I took it.
25  Q.  And you said to him, "Hey, I'm 18.  I'm not

## Page 104

1  going to get in trouble"?
2  A.  Yeah, yes.
3  Q.  Okay, something like that?
4  A.  And then after, right after that then I had
5  the clue of, you could start to feel the tension, you
6  know, as he was walking around telling more people
7  about it, that, you know, something was going to
8  happen.
9  Q.  Okay.  Now, did you physically see Steven
10  walking around telling people about it?
11  A.  I had seen him talk to three or four people,
12  yes.
13  Q.  Did you overhear what they, what he said?
14  A.  No, I didn't.
15  Q.  How did you figure that he was talking about
16  it?  Was he motioning towards them or how did you know?
17  A.  Well, because it was after, it was after me
18  and you could see the kids, you know, shake their head,
19  well, no.  And then right after that he'd leave.  So
20  this is what, that's what I figured he was talking to
21  them about.
22  Q.  So based upon the situation what you observed
23  that's what you surmised he was doing?
24  A.  Yes.
25  Q.  Was asking other people?

26 (Pages 101 to 104)

Christopher Farley  Volume 1  September 9, 2005

## Page 105

1      A.   Yes.
2      Q.   Do you remember who else that he may have
3  gone and asked about that situation?
4      A.   The last person I remember seeing him talk to
5  was Mat.
6      Q.   Mat?
7      A.   Matthew Costello.
8      Q.   Mat Costello?
9      A.   Yes.
10      Q.   And you didn't overhear that conversation?
11      A.   No, I didn't.
12      Q.   Did you ever see him talk to like T. J.
13  Gieke?
14      A.   No, I didn't.
15      Q.   How about Dominic Harriman?  Did you ever see
16  him go up to Dominic --
17      A.   No.
18      Q.   -- and say something?
19      A.   Well, Dominic was, he was with him the whole
20  time.  They were like --
21      Q.   Standing together?
22      A.   They were standing together.  They were doing
23  the whole thing together.  I don't know, like they were
24  walking together at the party.
25      Q.   So everywhere that Steven went Dominic was

## Page 106

1  with him?
2      A.   Yes.
3      Q.   So when Steven came over and talked to you
4  Dominic was with him?
5      A.   Yes.
6      Q.   So then based upon where Dominic was standing
7  did you surmise that Dominic would have had to have
8  heard what Steven said to you?
9      A.   Oh, yeah.
10      Q.   Okay.  No question about it?
11      A.   No question about it.
12      Q.   Okay.  So did you know when he was asking you
13  that, you knew who Tanner was, right?
14      A.   I had, yes, because I had met him the day
15  before.
16      Q.   Okay.  Did you have any problem with Tanner
17  at that time?
18      A.   No.  No, I didn't.
19      Q.   Did you have any problem with Joe at that
20  time?
21      A.   No.
22      Q.   Or Craig?
23      A.   No.
24      Q.   Were they being mean to anybody?
25      A.   No, they were just minding their own

## Page 107

1  business.
2      Q.   They weren't creating any trouble?
3      A.   No.
4      Q.   Doing anything wrong?
5      A.   No.
6      Q.   Okay.  So how long does it take Steven to
7  come and ask you and then to go around to these other
8  people and do his talking like you surmised?
9      A.   Five, six minutes.
10      Q.   Okay.  And then what happens?  You start to
11  sense something, I think you said?
12      A.   I, you could start to feel the tension, you
13  know, because you're aware of, all right, these two
14  people, obviously there's something going on between
15  them, you know, just tension rises.
16      Q.   Tell me, because we weren't there.
17      A.   Okay.
18      Q.   Tanner is sitting here.  He was there.  He
19  can tell us later on, but tell me from your perspective
20  on why you felt that way.  What did you see that made
21  you feel that way?
22      A.   Well, I've always, I've, you always hear
23  about Gazlay, how he is so overprotective and so, you
24  know, of Jennifer.  And you know, and he's sitting
25  there talking about, you know, "Yeah.  We need somebody

## Page 108

1  to kick their," you know, "kick their ass."
2      Q.   He said that, kick their ass?
3      A.   Yes.  And you know.
4      Q.   Did he ask you to kick their ass?
5      A.   Yes.
6      Q.   He said, "I want you to go over there and
7  kick their ass"?
8      A.   Yes.
9      Q.   So he wanted you to do his dirty work?
10      A.   Yes.
11      Q.   And why did he want you to do his dirty work,
12  do you know?
13      A.   Because he told me, "I'm not into it."  He
14  was 18.
15      Q.   Did he tell you because he was --
16      A.   Yes.
17      Q.   Because he was older than 18?
18      A.   Yes.  He said, "I would do it, but I'm 18 and
19  I don't want to go to jail."
20      Q.   Okay.  So then you start to feel the tension
21  rising because he said, "I want you to go over and kick
22  their ass," and so again, describe to me why that
23  started to feel that way.
24      A.   Well, it's just as, then you sit there, you
25  would talk to somebody, well, you hear, you know,

27 (Pages 105 to 108)

Christopher Farley  Volume 1  September 9, 2005

## Page 109

1  Gazlay is going to get them.  You know, and then people
2  start talking about it and then pretty soon everybody
3  knows about it.  And everybody is always looking over.
4  It just, there's really no way to explain it.  You can
5  just feel, you know, when you know something is going
6  to happen.
7       Q.    Okay.  Now, who did you hear talking about
8  that?
9       A.    Well, I was over in the corner.  I had
10  Courtney, this girl on my lap when he had talked to me.
11  And then I talked to her about it and one of the other
12  girls would come over, some other girl who I didn't
13  know, and she would tell her about it.  And then she
14  would leave and then somebody would walk up later on
15  that night, I don't remember who it was, and say, "Did
16  you hear Steven is going to," you know, "Steven doesn't
17  like those kids.  They need to leave our party," you
18  know.  And then just everybody is talking about it.
19      Q.    What kind of terms would they use?  Would
20  they say, "They're going to get their ass kicked," or I
21  mean, what kind of --
22      A.    Yeah.
23      Q.    -- was there like a usual term people would
24  say?
25      A.    That Steven wants to beat their ass.  That

## Page 110

1  was it.
2       Q.    That was kind of the term, beat their ass?
3       A.    That was, yes.
4       Q.    Ass beating?
5       A.    Yes.
6       Q.    Okay.  And so how long did this go around the
7  back yard among the people that you recall?
8       A.    It was only like ten minutes.  It happened
9  pretty quick.
10      Q.    In the meantime again are Tanner, Joe and
11  Craig doing anything wrong?
12      A.    Well, you can, from what I observed is they
13  had moved from the center of the house towards to where
14  the back side of the house, towards the gate was
15  because they were wanting to leave.
16      Q.    You could see them?
17      A.    You could see them trying to, you know,
18  slowly make their way because, to leave the party.
19      Q.    Okay.  So you observed that?
20      A.    Yes.
21      Q.    They looked like they wanted to get out?
22      A.    They looked like they were trying to leave.
23      Q.    Okay.  And let me ask you this because I
24  didn't ask you this and I apologize.  When you went in
25  the back yard was the gate open?

## Page 111

1       A.    Yes.
2       Q.    Did Ja Red have to take a lock off the gate?
3       A.    I don't know if there was a lock on or not.
4       Q.    Do you remember --
5       A.    The gate was already open.  There were
6  already people in the back yard when I had gotten
7  there.
8       Q.    Okay.  Was the music already playing in the
9  back yard when you got there?
10      A.    Yes.
11      Q.    And do you know whose music that was?  Was
12  it, was it a little, you know?
13      A.    It was a pretty, it was coming from speakers
14  off the back of the house.
15      Q.    So speakers that were built in on the house?
16      A.    Like, not big speakers, but, you know, like
17  just a little surround sound to the outside.  I don't
18  know how the whole, what kind of stereo it was, but I
19  know it was from a house stereo.
20      Q.    Okay.
21      A.    Not just a little boom box set on the ground
22  or something.
23      Q.    Okay.  It wasn't a ghetto blaster --
24      A.    No.
25      Q.    -- you carry on your shoulder or anything?

## Page 112

1  You know what I'm talking about, right?
2       A.    Yeah.
3       Q.    Not those ones, you know, you're going to get
4  deaf because you're walking around like this all day
5  long, right?
6       A.    Yeah.
7       Q.    Okay.  All right.  So you see Tanner, Craig
8  and Joe in what you observe as trying to make their way
9  towards the gate area.  And then what happens?
10      A.    Well, and then.
11      Q.    By this time you're getting a little excited
12  right?  Your Adrenalin gets rushed?
13      A.    Well, your Adrenalin gets rushed because you
14  know something is going to happen.
15      Q.    Because you've been at parties before, right,
16  where people, this has gone around, they're going to
17  get their ass beat?
18      A.    Yeah, you.
19      Q.    There's going to be an ass beating there,
20  right?
21      A.    People get excited to see a fight.
22            MR. SQUIRES:  Objection, leading.
23      Q.    (By Mr. Bowen)  Right, and this is kind of an
24  exciting time, right?
25      A.    Yes, yes.

28 (Pages 109 to 112)

Christopher Farley  Volume 1  September 9, 2005

## Page 113

1    Q.   And you have seen that before, you have seen
2  that kind of situation before?
3    A.   Yes.
4    Q.   This is not unusual for a party, right, that
5  you go to?
6    A.   Yes.
7    Q.   This has happened a lot before, right?
8    A.   Yes.
9    Q.   Okay.  So prior to that time did you ever
10  hear anybody say that maybe Jennifer brought them to
11  this party or lured them to this party?
12    A.   I had never heard anything like that.
13    Q.   Never heard anything like that?
14    A.   No.
15    Q.   Did you ever hear anybody say maybe Jennifer
16  brought them because she tried to make Steven jealous?
17    A.   I never heard that, but that's what I figured
18  because I had seen girls do that in the past, bring a
19  new guy in front of the ex-boyfriend.  That's what I
20  observed and what I thought was happening.
21    Q.   And you never went over there in the back
22  yard and told those guys that they ought to leave
23  because there was going to be an ass beating, right?
24  You never went over and told Joe --
25    A.   No.  No, I didn't.

## Page 114

1    Q.   -- Craig and Tanner, right?
2    A.   No.
3    Q.   All right.  So then what happened next?
4  They're starting to make their way towards?
5    A.   Well, they're starting to make their way and
6  then they'd gone down the house so I couldn't see them
7  anymore.  And I ended up getting into a fight with the
8  girl that I was with that was sitting on my lap because
9  she wanted to leave with another guy.  So me and her,
10  we rushed to the front because, you know, we were
11  arguing.
12    Q.   Why did you rush to the front?
13    A.   Well, because she's trying to leave and I
14  wanted to go, you know, I'm trying to figure out what
15  the heck, what did I just do?
16    Q.   Okay.  And this was Courtney?
17    A.   Yes.
18    Q.   And it's not Courtney Brierschmidt, it's
19  another Courtney?
20    A.   You know, I know this sounds bad, but I
21  didn't know her last name, you know.
22    Q.   Okay.  Hey, that's fair.  We've all been with
23  girls we didn't know their last name.  All right.
24    A.   Yeah.
25    Q.   So you, now, so you went towards the front of

## Page 115

1  the house or you went out of the driveway with
2  Courtney?
3    A.   We went.  We were standing right in the dirt.
4  You know how you were talking about the landscaping
5  that was getting done?
6    Q.   Okay.
7    A.   We were standing right there.
8    Q.   Okay.
9    A.   And she gets in the car and leaves, and
10  leaves with, it was with Bryan Bushy.  Not Bushy, I
11  mean, I'm sorry, Pillsbury.
12    Q.   Brian Pillsbury.  Your friend?
13    A.   My friend.  She leaves with him.
14    Q.   You were upset about that?
15    A.   Yes.
16    Q.   Because not only is she leaving with him, and
17  you liked her --
18    A.   But she was leaving.
19    Q.   -- but she was leaving with your friend?
20    A.   Yes.
21    Q.   Did you say something to Brian?
22    A.   No, they just left.
23    Q.   What did they leave in?  What kind of car?
24    A.   He had a Ford Ranger.  It was all lifted with
25  big tires and fiberglass.  It was yellow and white.

## Page 116

1    Q.   By this time when you rushed out in front
2  with her were Tanner, Joe and Craig already out of the
3  back yard?
4    A.   Yes, they were actually getting close to the
5  truck.
6    Q.   Did you, how far behind them were you when
7  you were leaving up the driveway?
8    A.   Well, I wasn't leaving, I'm standing by my
9  truck in the driveway.
10    Q.   Okay.
11    A.   Their truck was, like in the, sort of the
12  middle of the cul-de-sac.  So probably 25, 30 feet away
13  from them.
14    Q.   Did you see them the whole time leave the
15  back yard, go up the driveway and go up to their truck
16  or were you --
17    A.   No.  I had just, we'd come by and their truck
18  was over here and we just walked this way to my truck.
19  So I didn't look over because I'm sitting, talking to
20  the girl trying, we were, you know.
21    Q.   Did you see anybody follow Craig, Tanner and
22  Joe out of the back yard?
23    A.   No, I didn't.
24    Q.   Did you see T. J. Gieke in the back yard?
25    A.   I remember seeing him in the front yard, but

Christopher Farley  Volume 1  September 9, 2005

## Page 117

1  I don't recall seeing him in the back.

2     Q.  Where was Steven at the time that you came

3  out of the back yard and went to your truck?

4     A.  Well, by the time Jennifer, not Jennifer,

5  Courtney had just left I sat in my truck probably a

6  minute, two minutes and I smoked a cigarette.

7     Q.  Was that inside your truck, or in the back of

8  your truck?

9     A.  Right outside, right on the front of my

10  truck.  I sat on the hood.

11    Q.  So you got up on the hood --

12    A.  Yeah.

13    Q.  -- of your Ford pickup?

14    A.  Yeah.

15    Q.  Smoked a cigarette?

16    A.  Smoked a cigarette.  And by that time people

17  started making, you know, one by one people would be

18  coming to the front.  And then eventually Steven and

19  Dominic walked over to me and, you know, talked about,

20  "Well, don't let them leave," because they were trying

21  to get in their truck.  And I was, I would ask, "why

22  not let them leave?  Just let them leave.  You know,

23  they don't want to be here, just let them leave."  He

24  says, "No, screw that."  I don't remember what he said.

25  So eventually he, the whole point was we were trying to

## Page 118

1  wait for Angelo Antuna to show up.

2     Q.  Now Angelo Antuna, he's a bad boy.

3     A.  Yeah.  He's a fighter.

4     Q.  Yeah, he's a fighter, boy.

5     A.  He knows how to, you know, really fight.

6     Q.  He's put some ass beatings on several people,

7  hasn't he?

8     A.  Yeah, yeah.

9     Q.  In fact, you've been at many parties where

10  he's done that, haven't you?

11    A.  Not many.  I've only seen him fight once, but

12  you hear about people's reputation.  You know, and he,

13  I knew him, Angelo, because we both wrestled on the

14  high school team.  And I have seen, you know, him move,

15  I've seen him, you know, really, not really beat up,

16  but it's wrestling, you know, really work somebody.  So

17  I figure what he can do.

18    Q.  You knew what he could do.

19    A.  Yeah, I knew what he could do.

20    Q.  You knew he could hurt someone and hurt them

21  bad, right?

22    A.  Yes.

23       MR. BUCKWALTER:  Objection, leading.

24       MR. ATKINSON:  Objection, leading.

25       MR. BOWEN:  Well, he is not my witness.

## Page 119

1       MR. ATKINSON:  That's fine.

2     Q.  (By Mr. Bowen)  All right.  So then you,

3  Steven walks up to you, he uses expletives, doesn't he?

4  I mean, he's not just saying don't let them leave, he's

5  swearing?

6     A.  Yeah, he's mad because he --

7     Q.  Tell me exactly what you recall him saying,

8  best of your recollection.

9     A.  I remember one word that he, it was faggot.

10  He would say that something long-haired faggots, or,

11  because he didn't want them to leave.  And eventually

12  everybody started going over towards the truck because

13  Gazlay was yelling at them.

14    Q.  So Gazlay was yelling at Tanner, Joe and

15  Craig?

16    A.  Yes.

17    Q.  From your truck?

18    A.  Well, he had walked away from, he was

19  probably ten, he was right about in the middle, about

20  ten, 15 feet from me and Craig and Tanner and them.

21    Q.  How far is the back of your truck from the

22  first of the driveway?  Give me your best recollection.

23    A.  Six feet.

24    Q.  And your truck is pointed down the driveway

25  towards the house?

## Page 120

1     A.  Pointed up, yes, yes.

2     Q.  Or is it pointed up the driveway towards the

3  cul-de-sac?

4     A.  It's pointed, it's down towards the house.

5     Q.  Okay.  So the back of your truck is --

6     A.  So my tailgate's facing towards their car.

7     Q.  Towards the cul-de-sac?

8     A.  Yes.  And I'm all the way in the front of my

9  truck on the hood.  Steven who is six feet away,

10  probably four feet past my tailgate and about halfway

11  to them.

12    Q.  Okay.  Now, did Steven say anything to you

13  when you said why not let them go?

14    A.  No.

15    Q.  Did he say, oh, well, whatever?

16    A.  Well, he just walked off from me by then

17  because I guess he figured I didn't want anything to do

18  with it.

19    Q.  Now, how old was Dominic at that time?

20    A.  I don't know.

21    Q.  Did you get any sense of why Dominic wasn't

22  going and handling this situation that Steven wanted to

23  take care of?

24    A.  No.

25    Q.  You didn't surmise anything from that?

30 (Pages 117 to 120)

## Page 121

1    A.    No.

2    Q.    So were you coming to the opinion that maybe

3  that Steven couldn't find anybody to do his dirty work

4  for him, he was getting a little frustrated?

5    A.    Yeah, you could see.

6    Q.    Is that what you were coming to the

7  conclusion of?

8    A.    Yeah.

9    Q.    Don't let me put words in your mouth.  Is

10 that what you were coming to the conclusion of?

11    A.    Well, yeah, that's why, that's why I figured

12 he wanted them, wanted me to help them not let them

13 leave.  Because I figured he couldn't get anything to

14 do with it so nothing was going to happen and now, you

15 know, he was going to get all upset about it.

16    Q.    Did he tell you what he wanted you to do to

17 prevent them from leaving?

18    A.    No.

19    Q.    So then you stayed on your hood of your truck

20 or did you get down?

21    A.    Well, I had just finished my cigarette so now

22 I'm walking down and I walked down to where everybody's

23 at, you know.

24    Q.    So everybody is coming out of the back yard

25 now?

## Page 122

1    A.    Yeah, because Steven's yelling.

2    Q.    Steven's yelling what?

3    A.    You know, "Get out of the car you long-haired

4  faggots.  I'm going to kick your ass."  He's yelling,

5  you know, a bunch of stuff at them.

6    Q.    Like what?  You've got to tell us exactly

7  what you remember.

8    A.    Like that right there, you know, what I just

9  said.

10    Q.    Anything else?

11    A.    I don't recall.

12    Q.    But he's yelling at them, he's threatening

13 them; is that correct?

14    A.    Yes.

15    Q.    And could you tell whether or not at that

16 time Tanner, Joe and Craig were inside the truck or

17 were they outside the truck?

18    A.    They were actually in the truck, but the

19 windows were rolled down.

20    Q.    Okay.  Was there anyone right next to their

21 truck by the windows that they could have talked to had

22 they wanted to that you could see?

23    A.    There was somebody by their windows, by, it

24 was their left fender by the driver's side door.

25    Q.    Okay.

## Page 123

1    A.    I don't know who it was.

2    Q.    Was it a male or a female?

3    A.    It was a male.

4    Q.    You don't remember if it was T. J. Gieke?

5    A.    It could have been.  I don't recall.

6    Q.    You know who Mat Reed is?

7    A.    Yes.

8    Q.    You don't remember if it was Mat Reed?

9    A.    No, it wasn't Mat Reed.

10    Q.    Okay.  Do you remember what color hair the

11 person had?

12    A.    No, I don't.

13    Q.    Did you see that person, observe that person

14 in what you thought was talking with anyone inside the

15 truck?

16    A.    They were actually talking to the driver in

17 the, of the vehicle.

18    Q.    Okay.  Could you tell by their actions if

19 they were upset or if it was more of a calm talk?

20    A.    Well, it was.

21    Q.    The people talking.

22    A.    The people, Tanner and all of them in the

23 car, you could tell they were, you know, like shook up,

24 like, well, why, you know.

25    Q.    You could tell they were scared?

## Page 124

1    A.    You could tell, yes, that they didn't want,

2  they just wanted to leave.  That was it.

3    Q.    Again, they hadn't done anything to anybody

4  so far, right?

5    A.    Yes.

6    Q.    All right.  So then you start walking up the

7  driveway and Steven's ahead of you with Dominic

8  Harriman by his side, right?

9    A.    Yes.

10    Q.    And then what happens?

11    A.    And then eventually everybody, everybody is

12 around the car.

13    Q.    How many people are we talking in the

14 cul-de-sac area now?

15    A.    About 30 people.

16    Q.    30?

17    A.    Yeah.

18    Q.    Okay.  And then everybody goes kind of around

19 the pickup?

20    A.    Yeah.

21    Q.    Craig's pickup?

22    A.    Everybody is, they're not surrounding, but

23 they're all on one side and they're still around the

24 back so you can't back out.

25    Q.    So Craig was prevented from backing up?

31 (Pages 121 to 124)

Christopher Farley  Volume 1  September 9, 2005

## Page 125

1    A.   Yes.
2    Q.   And you observed that?
3    A.   Yes.
4    Q.   No question about it?
5    A.   Yes.
6    Q.   Do you remember who was standing behind the
7  pickup?
8    A.   Well, what ended up actually happening is me,
9  Steven and Dominic ended up sitting on the tailgate.
10    Q.   So by this time you are now figuring that you
11  are going to participate with Steven, right?
12    A.   Well, it.
13    Q.   It's just yes or no.
14    A.   I'm not participating, yet.
15    Q.   Okay.
16    A.   Yes, I was.  I was participating.
17    Q.   Steven kept hounding on you?
18    A.   Yeah.
19    Q.   And you like Steven, he was your friend and
20  you were going to help him out?
21    A.   He wasn't really my friend, but you know.
22    Q.   All right.  So who pulled down the tailgate?
23    A.   I don't recall.  I don't recall who grabbed
24  the tailgate.
25    Q.   And did you sit on the tailgate?

## Page 126

1    A.   Yes, I did.
2    Q.   Did Dominic Harriman sit on the tailgate?
3    A.   Yes, he did.
4    Q.   Did Steven Gazlay sit on the tailgate?
5    A.   Yes, he did.
6    Q.   Was Steve Gazlay talking trash to Tanner,
7  Craig and Joe at this time?
8    A.   Well, at the time it was, I think a girl
9  named Tasha.
10    Q.   Tasha McLaughlin?
11    A.   Jennifer, they're all yelling at Steven, "Let
12  them go, let them go.  They just wanted to leave."
13    Q.   So Jennifer Hopkins and Tasha McLaughlin?
14    A.   And Ashley Erickson.
15    Q.   And Ashley Erickson were yelling at Steven to
16  let them go?
17    A.   Yes.
18    Q.   And what was Steven doing?
19    A.   He was just, he was laughing, "Ha, ha, ha,
20  they're not going anywhere."  You know, "They just
21  better get out and take their ass beating."
22    Q.   How did you feel about that situation?  You
23  were still pretty excited?
24    A.   I was a little excited.
25    Q.   Still a little worked up?

## Page 127

1    A.   Yeah, I would say worked up.
2    Q.   Okay.  Now, is it getting loud, a lot of loud
3  talk?
4    A.   No, not really.  You know, a few kids would
5  be like yeah, yeah, you know.
6    Q.   Who was saying yeah, yeah?
7    A.   I don't know.  I don't recall.
8    Q.   You don't recall?
9    A.   No.
10    Q.   Will you let me know if you do?
11    A.   Yes.
12    Q.   Okay.  Now, what was Dominic Harriman doing?
13  Was he saying anything at any time?
14    A.   No.  Personally I never really heard him talk
15  much.  He just, he wasn't saying anything.  He was just
16  being quiet.
17    Q.   What were you saying?
18    A.   I was just sitting on the car, just listening
19  to the girls.
20    Q.   But you knew by you sitting on the car that
21  that was preventing them from leaving, didn't you?
22    A.   Yes, I did.
23    Q.   And you did that willingly, didn't you?
24    A.   Yes, I did.
25    Q.   And that was a mistake, wasn't it?

## Page 128

1    A.   Yes, it was.
2    Q.   Because that eventually led to the events of
3  that night, didn't it?
4    A.   Yes, it did.
5    Q.   Now, so you could tell inside the truck now,
6  could you not, from looking at Joe, Tanner and Craig
7  that they were, they were stared?
8    A.   Yeah.
9    Q.   This was a serious situation, wasn't it?
10    A.   Well, who wouldn't be?  You know, yeah, they
11  were.
12    Q.   I mean, they had a lot of people were
13  surrounding that truck, right?  30, 30 people?
14    A.   About 30, but it wasn't surrounding, it was
15  they were still all on the driver's side of the
16  vehicle.
17    Q.   Okay.  What males did you see on the driver's
18  side of the vehicle?
19    A.   I hadn't seen anybody.  I was, well, what was
20  happening was I was on the tailgate facing this way.
21  So whatever was going on back here I wasn't able to observe
22  any of it.
23    Q.   Were you drinking at this point?
24    A.   No, I wasn't.
25    Q.   Not doing drugs at this point?

32 (Pages 125 to 128)

Page 129

1    A.    Nope.
2    Q.    Was Steven drinking at that point?
3    A.    I don't recall.  I hadn't seen him drink
4  anything.  I don't know if he had been, but.
5    Q.    So as far as you know and observed you
6  thought he was totally sober?
7    A.    Yes.
8    Q.    How about Dominic, same thing?
9    A.    Same thing.
10   Q.    Okay.  Now, let's talk about some other
11 individuals.  Do you remember seeing Bryan Bushy in the
12 cul-de-sac anywhere?
13   A.    No, I don't.
14   Q.    Do you remember seeing Scott Morse in the
15 cul-de-sac anywhere?
16   A.    I remember seeing him, but I couldn't tell
17 you exactly where he was at in the cul-de-sac.
18   Q.    Okay.
19   A.    I remember seeing his face in the crowd.
20   Q.    Okay.  All right.  At that time?
21   A.    Yes.
22   Q.    Okay.  And again, I'm trying to take it
23 chronological time wise, okay?
24   A.    Okay.
25   Q.    Thanks for sticking with me on that.

Page 130

1    A.    Okay.
2    Q.    I'm trying not to jump around.  All right.
3  Now, at the same time you're sitting on the tailgate do
4  you see Jeff Hart?
5    A.    No, I don't.
6    Q.    Do you see Toni Cikity?
7    A.    No, I don't.
8    Q.    Do you see, Ja Red's not there, right?
9    A.    Ja Red is not there.
10   Q.    There's no adults around?
11   A.    No adults around.
12   Q.    No parents?
13   A.    No parents.
14   Q.    You don't see any neighborhood people around?
15 Nobody coming out of their houses?
16   A.    Nobody's coming out.
17   Q.    Anybody honking horns?
18   A.    No.
19   Q.    Anybody in their cars driving off?
20   A.    No.
21   Q.    At that point?
22   A.    No.
23   Q.    How many cars do you think are in the
24 cul-de-sac area itself?  Not up the street, but in the
25 cul-de-sac area itself at that time?

Page 131

1    A.    Six.
2    Q.    Do you remember whose cars they were?
3    A.    No, I don't.
4    Q.    Let me go --
5    A.    Let me.
6    Q.    Go ahead.
7    A.    I do remember seeing, there was a Jeep.
8  There was a Jeep in the cul-de-sac, a brown Jeep.
9    Q.    Light brown?
10   A.    I don't know whose it was.
11   Q.    Was it light brown?
12   A.    Yes.
13   Q.    Okay.
14   A.    There was little Mikey, his red Mustang.
15   Q.    That's Mikey Arnold, right?
16   A.    Yes.
17   Q.    Okay.  Little Mikey, that's what you called
18 him, little Mikey, right?
19   A.    Called him little Mikey.
20   Q.    He had a red Mustang, right?
21   A.    Yeah.
22   Q.    Was that in the cul-de-sac?
23   A.    Yes, it was.
24   Q.    Okay.  Who else did you, what other cars did
25 you see?

Page 132

1    A.    Brad Aguilar's Jeep was in the cul-de-sac.
2    Q.    The green one?
3    A.    The green one.
4    Q.    Okay.
5    A.    That's all I really remember seeing.
6    Q.    All right.  Now, I'm going to take you, I
7  want you to think as long as you can, take your time.
8    A.    Okay.
9    Q.    And just go on your memory.  If you are
10 standing, you're sitting on the tailgate, okay, is it
11 true that Tanner's, strike that, that Craig's truck was
12 pointed towards the houses, so up against the curb with
13 the tailgate pointed out towards the middle of the
14 cul-de-sac, or is that wrong?
15   A.    That is true.  The front wheels were close to
16 the curb and the rear wheels were toward the middle of
17 the intersec, in the cul-de-sac.
18   Q.    So there was, it is correct, is it not, that
19 Craig could not go forward?
20   A.    Could not go forward.
21   Q.    He had to back up?
22   A.    Yes.
23   Q.    And he couldn't back up because you were all
24 behind the truck?
25   A.    Yes.

33 (Pages 129 to 132)

Page 133

1    Q.   Right?  All right.  Now, when you got up and
2  you went to the truck before the tailgate was pulled
3  down was the truck running?
4    A.   No, it wasn't.
5    Q.   Okay.  Did the truck ever start running when
6  you were on the tailgate?
7    A.   It started while we were on the tailgate.
8    Q.   Okay.  So the truck started up?
9    A.   Yes.
10   Q.   And then what happened when the truck started
11  up?  Did Gazlay get upset?
12   A.   No, he was still, I would say yes, he was
13  upset the whole time because he's got girls yelling at
14  him, you know, nothing is getting done.
15   Q.   What did he say to the girls when they were
16  yelling?  Tell them to shut up or be quiet or who cares
17  or mind your own business?  What did he say?
18   A.   Basically, you know, shut up, you know,
19  "we're going to do this," just things like that.
20   Q.   Now, when you had talked to Steven earlier
21  back at your pickup he told you that he was waiting for
22  Angelo to get there.
23   A.   Yes.
24   Q.   And did you observe him call Angelo on the
25  cell phone?

Page 134

1    A.   No, I didn't.
2    Q.   Did you know when Angelo was coming?
3    A.   He had said he was on his way.  I didn't know
4  when he was supposed to arrive, you know.
5    Q.   Did you see Gazlay use his cell phone at all
6  between the time that you were at your truck and the
7  time that he got on the back of the tailgate?
8    A.   No.
9    Q.   Did he get any calls on his cell phone?
10   A.   No.
11   Q.   Did you make any calls?
12   A.   No.
13   Q.   Did Dominic make any calls?
14   A.   No.
15   Q.   Did you see anybody make any calls on their
16  cell phone when you were sitting on the tailgate?
17   A.   People were on their cell phones, but I
18  couldn't say who they were calling, or.
19   Q.   Did you ever overhear any of the
20  conversations?
21   A.   No.
22   Q.   Did you see anybody else arrive in the
23  cul-de-sac while you were sitting on the tailgate?
24   A.   Bonnie and Chelsea Hammock, it was the brown
25  Jeep.  I sort of jumped ahead.  They had just pulled up

Page 135

1  as it was happening.
2    Q.   All right.  You see these vehicles that you
3  described in the cul-de-sac, then what happens?  You're
4  on the tailgate, the truck starts up, what happens?
5    A.   The truck starts up and then I hadn't seen
6  it, but I guess a fight broke out between somebody in
7  the vehicle and somebody outside.  You know, and at
8  that time, you know, brake lights turn on, reverse
9  lights on, you know, me, my brain is working, I'm
10  getting off the vehicle quick because I don't want to
11  get hurt.  And I don't, I don't, I guess, what I know
12  of reading the criminal and everything, Mat Costello, I
13  couldn't say I seen him, I don't know, got into a fight
14  with him.  They backed up.
15   Q.   Who backed up?
16   A.   Craig, I guess Craig was driving.  Craig, the
17  little Toyota, or the Tundra, I don't know what kind of
18  truck it was, backed up and me, I got out of my way
19  immediately and everybody ran from behind the car and
20  it as backing up started to turn so, you know, to turn
21  around and at high, you know, not a high rate, but it
22  hit the brown Jeep pretty hard to move it two feet, you
23  know, parallel, which is pretty much, it messed up that
24  Jeep.  And me knowing Chelsea, I ran over to her, you
25  know, to see if she was okay because they had just

Page 136

1  gotten out of the car and you know, I wanted to see if
2  anybody was hurt.  And then I guess when he, taking off
3  turned left to go up the street and they say hit a kid.
4  I hadn't seen any contact.  I seen the kid on the
5  ground, but I don't know, he could have tripped and
6  fell.  But I did see, you know, the kid on the ground.
7          And then after that they go, everybody was
8  just like, "They got away.  They got away."  You know,
9  and I was just like whatever.  And then Jeff Hart just
10  turned to everybody and says, "We know where they're
11  going," you know, "let's get them."  You know, and me,
12  Jeff Hart, Brandon Gallion and Scott Morse took off
13  towards the fence to jump the fence.
14   Q.   Then what happened?
15   A.   And I followed Jeff over the wall.  Jeff was
16  the first one, I was the second.  I remember his
17  girlfriend telling Jeff as we're going over, "Don't get
18  hit by the car."  We all had gotten over and Jeff had
19  run across the street to the center median.  I stayed
20  on the sidewalk because there was no sidewalk in the
21  median.  Brandon Gallion got to my left and Scott Morse
22  to my right.  And I turned so I couldn't see, I
23  couldn't see the person behind me.  I could see Brandon
24  Gallion and Jeff Hart and then all the sudden you see
25  the car running.  And there was a green Jeep and a red

34 (Pages 133 to 136)

## Page 137

1 Mustang following the car, or the truck, their truck.

2    Q.   Craig's truck?

3    A.   Craig's truck.  And we, I just, I reached

4 down, I picked up off the ground, I picked up a rock

5 and I just, I threw it at the car.  And, you know.

6         MR. SKAGGS:  At the truck?

7         THE WITNESS:  At the truck.

8         MR. SKAGGS:  Thank you.

9    Q.   (By Mr. Bowen)  Which truck is that?

10    A.   Their truck.

11    Q.   Craig's truck?

12    A.   Yeah.

13    Q.   Then what happened?

14    A.   And he slammed on the, they hit their brakes,

15 they slid a little bit.  They almost hit the median and

16 took off.  And then the green Jeep left and he chased

17 them and the red Mustang chased them.  And I jumped the

18 back wall and Jared had just showed up with Mark, you

19 know, going what the, you know, "what the hell just

20 happened?"  And I looked at Mark and I said, "Dude, we

21 need to get the hell out of here."  Mark is just like,

22 "whatever, okay."  So we got in my truck.  I was the

23 very first car out of there.

24    Q.   Then where did you go?

25    A.   I went straight to the park.  I dropped Mark

## Page 138

1 off.  I said, "Dude, I'll see you later.  I need to go

2 home."  I went to home and that's when I started

3 talking to my parents.

4    Q.   So you went home and you woke your parents

5 up?

6    A.   Yes.

7    Q.   What time of night was that?

8    A.   It was like 10:30.  And mom even, she goes,

9 "why are you home so early?"  She goes, "This is

10 unusual.  What happened?"  And I said, "Well, something

11 happened tonight and I need to tell you about it."  You

12 know, and then I went to bed.

13    Q.   Did you call the police?

14    A.   No, I didn't.

15    Q.   Your parents didn't call the police?

16    A.   No.  I had heard through the phone that they

17 were, that he was severely hurt.

18    Q.   Who told you that?

19    A.   Ashley Erickson.

20    Q.   Ashley Erickson called you?

21    A.   Yeah.  They said they went to the hospital

22 and he was really hurt.  You know, and I was just like,

23 I didn't know what to say.  I laid down and went to

24 sleep and I got woken up about 2:00 in the morning by

25 the police.

## Page 139

1    Q.   And the police arrested you, didn't they?

2    A.   Yeah.

3    Q.   You gave the police a statement, right?

4    A.   Yes, I did.

5    Q.   You told the police that you had thrown a

6 rock?

7    A.   Yes, I did.

8    Q.   Did you call the hospital to see how Tanner

9 was doing?

10    A.   No.

11    Q.   Did your parents call the hospital to see how

12 Tanner was doing?

13    A.   No.  My parents didn't know who was involved

14 with it or anything, you know.

15    Q.   But you told your parents, right?

16    A.   I told my parents this kid, they didn't know

17 his name or anything until after the fact.

18    Q.   So neither you or your family made any

19 attempt to see how Tanner was doing at the hospital,

20 right?

21    A.   Well, I had, every time Ashley would call me

22 was to see how I was doing when I bailed out, I would

23 tell her, you know, because I knew she knew them and I

24 would tell her, "I know it's not going to mean much to

25 tell them I'm sorry."

## Page 140

1    Q.   Well, you never told tanner at any time that

2 you were sorry; is that correct?

3    A.   I was never really given the opportunity.

4    Q.   Well, you had the opportunity to go by his

5 house; isn't that correct?

6    A.   No, I wasn't.  I would have gotten in trouble

7 because the whole criminal going on, I don't want to

8 get in trouble for all the sudden now I'm in trouble

9 for harassing him and.

10    Q.   Well, it is true, is it not, that Tanner was

11 in your same religious stake?

12    A.   Yes, I did see him in church.

13    Q.   He's a Mormon just like you, right?

14    A.   Yeah.  He would go to the same singles ward

15 as me.

16    Q.   Right.  And your parents knew this, right?

17    A.   Yeah.

18    Q.   And never at any time did you or your family

19 make any attempt to make any contact with his family;

20 isn't that correct?

21    A.   Well.

22    Q.   Isn't that correct?

23    A.   That is correct.

24    Q.   Okay.  Now, let's go back then to the telling

25 us of what happened.  When they were speeding out of

35 (Pages 137 to 140)

## Page 141

1  the cul-de-sac.

2  THE VIDEOGRAPHER:  I have about two minutes.

3  MR. BOWEN:  Let's take a break.

4  (Whereupon, a recess was taken.)

5  Q.  (By Mr. Bowen)  Okay.  Chris, we're back on

6  the record.  We just took a short break.  The iron

7  cross, that's the sign of the 311, right?

8  A.  Yeah, everybody portrayed it to be.

9  Q.  Okay.  Everybody that would wear it portrayed

10  it to be the sign of 311?

11  A.  Yeah.

12  Q.  Okay.  Now, let's go back then to real quick

13  when you're out on the street.  You go over the wall,

14  you said you went over what, first?

15  A.  Second.

16  Q.  Second, Jeff went over first, Brandon Gallion

17  went over the wall?

18  A.  Yes.

19  Q.  You're sure about that?

20  A.  Yes.

21  Q.  How sure; 100 percent?

22  A.  I'm hundred percent sure Brandon Gallion went

23  over.

24  Q.  Scott Morse went over the wall?

25  A.  Yeah.  The whole thing was, the whole Scott

## Page 142

1  Morse thing is I've always been able, I know there was

2  a fourth person, I know a hundred percent sure there

3  was a fourth person, but I have never been able to say

4  who it was because they were always behind me.

5  Q.  Well, let's go back and find out what you

6  know.

7  A.  Okay.

8  Q.  When you were going towards the wall you see

9  Scott Morse going towards the wall?

10  A.  No.

11  Q.  Why did you say Scott Morse went over the

12  wall then?

13  A.  Because as I was going over the wall to

14  glance back the person who I swore I seen was Scott

15  Morse.

16  Q.  Okay, so let's just, I'm just going to ask

17  you flat out.  You tell me yes or no.  You either know

18  or you don't know.

19  A.  Okay.

20  Q.  When you glanced back did you see Scott Morse

21  over the wall?

22  A.  Yeah.

23  Q.  Okay.  Now, when the truck was coming down

24  the road, that's the white Tacoma, I think it was?

25  A.  Yes.

## Page 143

1  Q.  Is that your recollection?

2  A.  Yes.

3  Q.  Okay.  The white Tacoma.  Now, there's been

4  an indication in through a statement of another to the

5  police that there was a brown car in a lane by or near

6  the white Tacoma.  Did you ever see another car other

7  than the red --

8  A.  No.

9  Q.  -- Mustang and the green?

10  A.  Those are the only three vehicles I seen.

11  Q.  Okay.  You saw that white Tacoma?

12  A.  The red Mustang.

13  Q.  The red Mustang was directly behind the white

14  Tacoma?

15  A.  No, the green Jeep was.

16  Q.  Green Jeep was, then the red Mustang?

17  A.  Yes.

18  Q.  Any question about it that they were chasing?

19  A.  No, there was no question about it.

20  Q.  They were going fast, weren't they?

21  A.  They were going fast.

22  Q.  Would you say in fact when you were standing

23  on that sidewalk, you could hear the white Tacoma

24  coming?

25  A.  Oh, yeah.

## Page 144

1  Q.  You could hear the engine revving?

2  A.  You could hear them, yeah.

3  Q.  They were hauling?

4  A.  Wide open.

5  Q.  They were wide open.  And the Mustang was

6  going wide open and so was the green Jeep, wasn't it?

7  A.  Yeah.

8  Q.  Who was in the green Jeep?

9  A.  I don't recall who was driving.

10  Q.  It was Brandon Gallion's, I mean Brad

11  Aguilar's Jeep, though, right?

12  A.  It was his Jeep, yes.

13  Q.  Okay.  Do you know who was in the red

14  Mustang?  Did you see him?

15  A.  I don't recall who was in it.

16  Q.  That was Mikey Arnold's Mustang?

17  A.  That was Mikey Arnold's Mustang.

18  Q.  After you got out in the street you had a

19  short period of time, didn't you, to think about and

20  hear the truck coming down the road, didn't you?

21  A.  It was like only 45 seconds.  It was a short

22  time, yes.  Yes, your answer is yes, yes.

23  Q.  How many rocks did you pick up?

24  A.  Just one.

25  Q.  How big was it?

36 (Pages 141 to 144)

Christopher Farley  Volume 1  September 9, 2005

## Page 145

1   A.   I'd say no bigger than a half dollar coin.
2   Q.   That's it?
3   A.   That was it.
4   Q.   Which hand did you pick it up in?
5   A.   Right arm.
6   Q.   Did you throw it overhand or underhand?
7   A.   Overhand.
8   Q.   Overhand.  Right towards the truck?
9   A.   I threw it at the passenger door.
10  Q.   At the passenger door?
11  A.   Yeah.
12  Q.   Did it hit the passenger's side of the truck?
13  A.   Yes.
14  Q.   Where did it hit?
15  A.   I'd say back towards the end of the tailgate.
16  Q.   You heard it hit the truck?
17  A.   Well, I seen, you know, my size rock go
18  bouncing.  I couldn't tell you if I hit it or not
19  because there was so much between the tires screeching,
20  you know, glass breaking, the car driving.  You
21  couldn't hear it hit the car.
22  Q.   But by the way that you saw it glance off
23  direction --
24  A.   Yeah.
25  Q.   -- when the truck passed you thought it hit

## Page 146

1   the truck?
2   A.   What I seen it hit the passenger tailgate.
3   Q.   Okay.  Did you see any other objects, beers,
4   rocks, anything else hit the truck?
5   A.   I seen four other rocks.  I mean, three other
6   rocks, four adding mine, hit the vehicle and aThat was
7   all it hit.
8   Q.   All right.  Now, there were three people that
9   you know for sure --
10  A.   Yes.
11  Q.   -- that was on the passenger's side of the
12  Tacoma.
13  A.   It was me and Brandon on the passenger, Jeff
14  Hart was on the driver's side.
15  Q.   And then there was the person behind you
16  which you looked and saw --
17  A.   Yes.
18  Q.   -- was Scott Morse; is that correct?
19  A.   Yes.
20  Q.   All right.  Now, did you see a rock come from
21  behind you towards the Tacoma truck?
22  A.   No.
23  Q.   Okay.  Could it have come that way or you
24  looked and if it would have come you would have seen
25  it?

## Page 147

1   A.   Yes.
2   Q.   Okay.  Did you see a rock come from anywhere
3   else around the truck?
4   A.   A rock, there was a rock thrown from Jeff
5   Hart.  I saw him throw one.
6   Q.   You saw him throw one?
7   A.   I saw him throw a rock.
8   Q.   Did he throw it overhand or underhand?
9   A.   It was, I wouldn't really call it an
10  overhand, but it wasn't underhand.  It was more of a,
11  like a lob kind of, you know.
12  Q.   Show me what you saw.
13  A.   Like it would be if somebody was throwing a
14  heavier object than they could throw, like a baseball,
15  they couldn't throw it around at full speed.
16  Q.   Like a shot put?
17  A.   Yes.  Like a shot put is a perfect way to say
18  it.
19  Q.   Okay.  And you saw Jeff Hart throw one rock?
20  A.   One rock.
21  Q.   What happened to it?
22  A.   It nailed the windshield.
23  Q.   It went through the windshield, right?
24  A.   Yes.
25  Q.   You heard glass break and shatter?

## Page 148

1   A.   Glass break everywhere, you know.  You could
2   hear it, see it.
3   Q.   In fact, it caused the white Tacoma truck to
4   hit the brakes, squeal the tires?
5   A.   It started sliding and then.
6   Q.   Almost hit the median?
7   A.   Yes.
8   Q.   They almost crashed and rolled it, didn't
9   they?
10  A.   I wouldn't say rolled it, but they almost hit
11  the median.  They would have just drove up and went
12  into rocks and everything, but yeah, they almost
13  crashed.
14  Q.   Okay.  And then did you see any rocks above
15  you up the street come towards the white Tacoma?
16  A.   No.
17  Q.   On your side of the street?
18  A.   Just, I didn't see, nothing came from behind
19  or just, the only thing I seen thrown at the vehicle
20  was what me, Brandon and Jeff threw.
21  Q.   Okay.  Where was Brandon standing in relation
22  to you?
23  A.   Three feet in front of me.
24  Q.   Okay.  Did you see Brandon throw a rock?
25  A.   Yes.

37 (Pages 145 to 148)

Christopher Farley  Volume 1  September 9, 2005

## Page 149

1    Q.   Not a beer bottle, a rock?

2    A.   Not a beer bottle, a rock.

3    Q.   All right.  Now, were there people standing

4 up on the wall, or sitting up on the wall?

5    A.   I don't recall.  It was, the wall was to my

6 back left, so I wasn't paying attention to what was

7 back there.  I was watching the road.

8    Q.   Once you threw your rock did you turn and

9 run?

10    A.   Once I threw the rock, no.  I watched the

11 vehicle go down, turn to my right, and then after the

12 car started taking off again, and then I just turned

13 around and got over the wall, but by the time I turned

14 around no one was on the wall.

15    Q.   Bryan Bushy was over the wall, or on top of

16 the wall, wasn't he?

17    A.   No, I didn't see that.

18    Q.   You didn't see him?

19    A.   No, I didn't.

20    MR. ATKINSON:  Objection, misstates evidence.

21    MR. SQUIRES:  Join in.

22    Q.   (By Mr. Bowen)  Okay.  So you go back over

23 the wall.  Who did you see go back over the wall?

24    A.   I was the first one back over the wall.

25    Q.   When you got back over the wall did you look

## Page 150

1 back at the wall or did you just keep going straight?

2    A.   I went straight to Mark, got in my truck and

3 left.  I didn't talk to anybody.  I was out of there

4 fast.

5    Q.   You knew that there was serious problems.

6    A.   Yes.

7    Q.   What were people saying?  What did you hear?

8    A.   People were cheering, "Yeah, we got them.  We

9 fucked up the truck."

10    Q.   People were cheering?

11    A.   Yeah.

12    Q.   And they were saying we what?

13    A.   "We fucked up the truck."

14    Q.   Who was saying that?

15    A.   I couldn't tell you who was saying that.

16    Q.   Who did you observe cheering?

17    A.   Not like up and down jumping around with your

18 arms in the air cheering, but you could hear like,

19 "Yeah, we got them."  I didn't see who said it.  You

20 know, I was bee lining straight for my truck.

21    Q.   And so you went directly to your truck?

22    A.   Yes.

23    Q.   Did you see Scott Morse when you came back

24 over the wall?

25    A.   No.

## Page 151

1    Q.   Did you see Chelsea Hammock?

2    A.   No.

3    Q.   Did you see Bonnie Smith?

4    A.   No.

5    Q.   You knew who they were, right?

6    A.   Yes.

7    Q.   Did you see Bonnie Smith's Jeep, the one that

8 got rammed where Chelsea Hammock was standing?

9    A.   I had seen, after I came over the wall, no,

10 because I was going a different direction from the

11 vehicle.

12    Q.   All right.  Now, on your way in the truck you

13 got a cell phone call, right?

14    A.   It was after I dropped off Mark, yes.

15    Q.   Did you make any calls?

16    A.   No.

17    Q.   You didn't call anybody?

18    A.   No.

19    Q.   Did you hear what happened as far as after

20 the white Tacoma truck left, where they went?

21    A.   No.

22    Q.   You had just heard later from Ashley

23 Erickson?

24    A.   That they went to the hospital and one of

25 them was seriously hurt.

## Page 152

1    Q.   Okay.  Did you hear about anybody going to a

2 Vons shopping center or a parking lot meeting?

3    A.   No.

4    Q.   Or a Del Taco?  Did you hear anybody going to

5 a Del Taco meeting?

6    A.   No.

7    Q.   You weren't there?

8    A.   Nope.

9    Q.   Okay.  311, if I understand correctly the 311

10 stands for the third, three times the 11th letter of

11 the alphabet; is that correct?

12    A.   Yes.

13    Q.   KKK?

14    A.   Yes.

15    Q.   So 311 Boyz stands for KKK boys, right?

16    A.   Yeah.

17    Q.   That's correct?

18    A.   Yes.

19    Q.   And that was a group of people that you

20 associated with; is that correct?

21    A.   Yes.

22    Q.   And that was the people that went to

23 Centennial High School and others?

24    A.   It was all basically Centennial High School.

25    Q.   How did that start?  How did you understand

Associated Reporters of Nevada  702-382-8778
2300 West Sahara Avenue, Suite 770  Las Vegas, Nevada 89102

Christopher Farley  Volume 1  September 9, 2005

## Page 153

1 that originated?

2     A.   It ended up one day at a party, everybody

3 always ended up seeing the same people at the same

4 parties and they're always, "Hey, what's up?  I seen

5 you at the last one."  Then they started getting to

6 know each other and then, "Oh, you know him?  Cool, I

7 know him, too," you know, "from school.  We do this."

8 And then eventually one day, I think it was T. J.

9 Carter who ended up just saying 311 Boyz.  And

10 everybody says, well, that's cool, you know, because

11 everybody tried to act like they were racist, you know.

12 We all rode dirt bikes, off road trucks.  Everybody,

13 you know, everybody wanted to be the racist white guys.

14     Q.   What do you mean by everybody?

15     A.   Like just everybody, you know.  I'll even say

16 it was me, too, also.  Everybody wanted to just, you

17 know.

18     Q.   Beat some ass?

19     A.   Not, no.  I wouldn't say beat, everybody

20 tried to act like they were racist.  You know, when it

21 came down to it, nobody really was, but it just, so

22 everybody started calling themselves like the 311 Boyz.

23     Q.   Who was a part of the 311 Boyz other than

24 you?

25     A.   It was, you know, the main kids, you know, I

## Page 154

1 really don't know how to, I don't know how to answer

2 that question because nobody really went out and got, a

3 few kids did, but nobody really got tat 311 Boyz.

4     Q.   Well, who were the people --

5     A.   And I don't know who really considered

6 themselves a 311 Boy.

7     Q.   Well, let me just ask you.  And this is your

8 opinion.  Who did you consider the 311 Boyz?  Just let

9 me go through some names.  I mean, you considered T. J.

10 Carter a 311 Boy, didn't you?

11     A.   Yeah, and there was --

12     Q.   And you considered Mark Herman a 311 Boy?

13     A.   Yeah.

14     Q.   Is that right?

15     A.   Steven Gazlay.

16     Q.   Steven Gazlay, Scott Morse, Mat Costello,

17 correct?

18     A.   Mat Costello, me.

19     Q.   Morse?

20     A.   Brad Aguilar.

21     Q.   Morse?

22     A.   Morse.

23     Q.   Okay, and Aguilar.  Who else did you say?

24     A.   I, basically everybody that was involved in

25 this incident, yes, so.

## Page 155

1     Q.   Okay.  So let me go through it real quick.  I

2 don't know what I did with my little sheet here.  Jeff

3 Hart?

4     A.   Yes.

5     Q.   Gallion brothers?

6     A.   Yes.

7     Q.   Brandon and Anthony?

8     A.   Yes.

9     Q.   No question about that, right?

10    A.   Yes.

11    Q.   Dominic Harriman?

12    A.   No.

13    Q.   No, you didn't really consider him?

14    A.   No.

15    Q.   Okay.  Chris Morgan, though; is that correct?

16    A.   Yes.

17    Q.   Jar Red, yes or no?  Hung out with him, but

18 you don't?

19    A.   I would say no.

20    Q.   Okay.  All right.  Now, what about Mikey

21 Arnold?  Yeah?  Mikey Arnold?

22    A.   Yeah.

23    Q.   Little Mikey, 311 Boy?

24    A.   Yeah, little Mikey.

25    Q.   Is that correct?

## Page 156

1     A.   Yeah.

2     Q.   Okay.  Did you ever, strike that.

3          MR. BOWEN:  Okay.  I am going to, because I'm

4 going to reserve my right to continue asking you some

5 more questions, but I understand you've got to leave at

6 4:20 to get you back, right?

7          THE WITNESS:  Yes.

8          MR. BOWEN:  You've got to check in by 5:00,

9 right?

10         THE WITNESS:  Yes, I do.

11         MR. BOWEN:  I'm going to go ahead and pass

12 you on to Mr. Skaggs, see if anybody wants to ask some

13 questions today and then we'll continue your deposition

14 later on if we need to, okay?

15         THE WITNESS:  Okay.

16         MR. BOWEN:  I reserve my right to do that.

17 Thank you, Chris.  Appreciate your testimony.

18              CROSS-EXAMINATION

19 BY MR. SKAGGS:

20    Q.   Chris, I'm Kerry Skaggs.  I introduced myself

21 earlier.  I represent Craig Lefevre and his parents in

22 this litigation.  I want to pick up where you left off

23 about the 311 Boyz and the iron cross.  Why was the

24 iron cross a symbol used by the 311 Boyz?

25    A.   Everybody wore it.  It was a No Fear symbol.

39 (Pages 153 to 156)

Christopher Farley  Volume 1  September 9, 2005

## Page 157

1  Everybody shopped at No Fear.  Everyone wore Dickies.
2  Everybody was always wearing something with an iron
3  cross on it, either a hat, a belt, a shirt, pants.
4  Everything had it on it.
5      Q.   The night of this incident, July 18th, 2003
6  you were wearing an iron cross belt buckle.
7      A.   Yes.
8      Q.   How many others did you see at that party
9  with iron crosses, either tattooed on them or wearing
10  it in some form or fashion?
11     A.   I don't recall.
12     Q.   Do you know anything about the history of the
13  iron cross as it relates to its use by Adolph Hitler in
14  Nazi Germany?
15     A.   I know it goes back to the Maltese cross.  I
16  know it's a German war symbol, but that's all I really
17  know about it.
18     Q.   Were you wearing iron crosses because of this
19  racist posture that you guys had adopted?
20     A.   No, I just, I always thought they were cool.
21  Just like the look of them.  I like the shape.  Some
22  was because I wanted to be like hey, look at me, I'm
23  racist, but that wasn't all of it.
24     Q.   You were asked about other people that were
25  considered part of the 311 Boyz and maybe you said, I

## Page 158

1  want to be sure, Brad Aguilar.  Did you consider him
2  part of the 311 Boyz?
3      A.   Yeah.
4      Q.   Scott Morse?
5      A.   Yes.
6      Q.   Bryan Bushy?
7      A.   No.
8      Q.   I think you mentioned, did you mention, who
9  else did you say had a star tattoo on their arm?
10     A.   Mark Herman.
11     Q.   Mark Herman?
12     A.   It wasn't a Maltese cross, it just a yellow
13  and red star.  They were just, they were dumb, you
14  know.
15     Q.   On both of his biceps?
16     A.   He has a yellow one on his right and I think
17  a red one on his left.
18     Q.   Were you aware Jeff Hart also has a similar
19  tattoo on one of his arms?
20     A.   He, before he didn't, but when I saw him in
21  the County I see he had flames and a star on his elbow
22  and some other thing on his shoulder, a flag or
23  something, but I don't know what it was.
24     Q.   Did the star on the elbow have any
25  significance?

## Page 159

1      A.   I don't, I don't know.  Everybody wore Famous
2  Stars and Straps, which is another clothing company.
3  You know, and that's where all the stars came from.  Or
4  the nautical star, which is I guess a punk symbol or
5  something.  I don't really know.
6      Q.   Okay.  Well, tell me about this racist
7  philosophy.  You said you guys were either pretend
8  racist or were playing racist.  How did that start
9  and why did it start?
10     A.   I don't, I don't really know why, who started
11  it because we had, you know, black guys that hung out
12  with us, we had Mexicans that hung out with us.  So I
13  don't really know how that made us racist.  But it's,
14  you know, everybody rode dirt bikes, everybody had
15  something to do with, involved with the dirt.  And that
16  is, you know, a 90 percent populated white sport and a
17  lot of people are racist in it and it just, I guess
18  that's the thing nowadays to be so, you know, racist
19  kid and, I don't know, I just.
20     Q.   One person testified, I think it was Anthony
21  Gallion, that it may have started because of some
22  racial problems in the high school.  Some white kids --
23     A.   Yeah.
24     Q.   -- and black kids fighting.  Do you recall
25  anything like that?

## Page 160

1      A.   Yes, I do.  They had, Centennial did have a
2  problem between the whites and the blacks.  They
3  actually had to get a gang unit brought to the school.
4  They would always, you know, be watching the parking
5  lot because a lot of problems would happen and that
6  could have escalated the problem.
7      Q.   Did this all occur before this incident of
8  July 18th?
9      A.   Yes.
10     Q.   2003?
11     A.   Yes.
12     Q.   Were the administrators at Centennial High
13  School aware of the 311 Boyz before this incident of
14  July 18th, 2003?
15     A.   I don't recall.  They may have been.  I don't
16  know.  I don't know what has gone through them.
17     Q.   Do you know if anyone in the 311 Boyz as you
18  considered it was ever interviewed by the police or
19  school administrators about their involvement in this
20  gang prior to July 18th, 2003?
21     A.   I don't, I don't recall.
22     Q.   Okay.  You were asked some questions about,
23  is it Chelsea Hambrick?  Is that her name?
24     A.   Chelsea Hammock?
25     Q.   Hammock?

40 (Pages 157 to 160)

Page 161

1    A.    Yes.
2    Q.    And you were aware that her dad was a police
3  officer?
4    A.    Yes, I was.
5    Q.    After this rock throwing attack on Tanner,
6  Craig and Joe, did you ever see Officer Hammock show up
7  at the scene?
8    A.    No, I didn't.
9    Q.    Were you aware that he was there that night?
10   A.    No, I wasn't.
11   Q.    Did you have any involvement in the criminal
12  trial of Scott Morse?
13   A.    I did go testify.  Other than that, that was
14  it.
15   Q.    Involving your testimony in Scott Morse's
16  criminal trial, was it substantially similar to what
17  the testimony you have given today or was it different?
18   A.    It was the exact same thing.
19   Q.    Did you testify that you saw Scott Morse
20  throw a rock in that truck?
21   A.    I testified I had seen him at the party.
22  I've never, I've never until this day seen the person
23  behind me throw the rock, so I was never able to give
24  that information.
25   Q.    Let me ask about that.  You're confident Jeff

Page 162

1  Hart threw a fairly large rock that --
2    A.    Yes.
3    Q.    -- smashed through the windshield.
4    A.    Yes.
5    Q.    You're sure, a hundred percent sure you threw
6  a rock about the size of a quarter or silver dollar?
7    A.    It was probably like, you know, just, not big
8  enough to where I'd have to hold it like that, just, I
9  could actually close my hand around it.
10   Q.    Okay.  And you're confident that made contact
11  with the white truck?
12   A.    Yes.
13   Q.    And you're a hundred percent sure that
14  Brandon Gallion threw a rock?
15   A.    Yes.
16   Q.    And there was a fourth rock thrown?
17   A.    There was a fourth rock thrown.
18   Q.    And there were four of you across the wall?
19   A.    Yes.
20   Q.    Do you know who would have thrown that fourth
21  rock?
22   A.    No.
23   Q.    If it were not Scott Morse?
24   A.    No, I don't.  I don't, Brandon could have had
25  two in his hand.  I know there were four rocks.  I'd

Page 163

1  seen four rocks.  I don't know who threw the fourth
2  one.
3    Q.    Do you have any reason to believe that Scott
4  Morse did not throw that rock?
5    A.    No, I don't.
6    Q.    Did you ever discuss racist beliefs or
7  philosophies with Scott Morse prior to July 18th, 2003?
8    A.    No, I didn't.
9    Q.    Are you familiar with the music of the 311
10  Boyz?
11   A.    Yeah.
12   Q.    How would you describe their type of music?
13   A.    They're --
14         MR. ATKINSON:  Sorry, Counsel, are you
15  referring to --
16         MR. SKAGGS:  The 311.
17         MR. ATKINSON:  The music group 311 or the 311
18  as the defendants are considered?
19         MR. SKAGGS:  I think it's clear.
20   Q.    (By Mr. Skaggs)  Do you understand the
21  question?
22   A.    The musical.
23   A.    Yeah.
24   A.    They're like laid back, not really rock and
25  roll.  Just, I don't really know what to call it.  It's

Page 164

1  something I would listen to if I was just hanging out
2  at the house with a bunch of, you know, a few friends
3  watching, you know, playing video games or something as
4  background music.
5    Q.    You ever heard of a type of music called ska,
6  S-K-A?
7    A.    I've heard of it, but I've never been into
8  it.
9    Q.    What's your understanding of ska music?
10   A.    Sort of like, I may be wrong, but I think of
11  it as the same thing as sort of like emo or something
12  or, I don't really like that kind of music.
13   Q.    Do you have an understanding as to whether or
14  not ska music is affiliated with racist groups like
15  skinheads?
16   A.    I don't recall.
17   Q.    Okay.  You mentioned at this party you were
18  wearing what you typically wore, I believe, which was
19  blue jeans and white T-shirt.
20   A.    Yeah.
21   Q.    And did you often see several of your friends
22  including those that you were considering members of
23  311 Boyz wearing similar outfits that summer?
24   A.    No.  I was really the only one, you know,
25  people would make fun of me, say I would probably be

## Page 165

1   off with Grease or something, that movie. But
2   everybody, no, mainly people wore Dickies, you know.
3   That was the main thing. I was always the off kind of
4   kid wearing my own thing.
5       Q.   You were asked about something called a wife
6   beater T-shirt which you described as a, basically a
7   tank top, white T-shirt, right?
8       A.   Yes.
9       Q.   Did you often see members of the 311 Boyz
10  wearing white tank top T-shirts during the summer of
11  2003?
12      A.   Yes.
13      Q.   Did they often wear their hair close, closer
14  than what you're wearing today?
15      A.   Excuse me.
16      Q.   That's all right. Take a drink if you need
17  to.
18      A.   A lot of kids would have their hair spiked,
19  you know, a little bit longer than this.
20      Q.   Help yourself to the water. Take your time.
21  we only have a few more minutes, then we're going to
22  let you go.
23      A.   Okay.
24      Q.   I've seen video for instance, of Anthony
25  Gallion and I think Mark Herman of that summer of 2003

## Page 166

1   and they were often wearing wife beater white T-shirts.
2   They were often wearing their hair cut very closely,
3   but not a buzz cut, but very closely.
4       A.   Yeah.
5       Q.   And they often wore long sideburns.
6       A.   Yeah.
7       Q.   Was there, did you have an understanding of
8   what that look stood for?
9       A.   I don't know what the side, everybody wanted
10  the pork chop sideburns. I guess that was the cool
11  thing, to have the big ones come out, but I don't think
12  it ever really meant for anything.
13      Q.   Do you have an understanding that skinheads
14  sometimes adopted a very similar look?
15      A.   Yeah. I had learned that the skinheads, they
16  would shave their heads and have facial hair, but I
17  don't recall if that's what they were going for or
18  anything like that.
19      Q.   I'm looking at an arrest report. It's your
20  arrest report. I'll reference it as, it's been marked
21  as an Exhibit, P as in Peter, 2145 and 2146. The
22  officer states and I'll quote, and i'll show this to
23  you so you can read it, "I observed swelling to the
24  right hand of Farley when Farey said that he hit a
25  truck at the party. Farley was asked about throwing

## Page 167

1   the rock at Lefevre's vehicle. Farley said he threw
2   the rock because Lefevre ran over one of Farley's
3   friends at the party." Let me pass that down, have you
4   look at that. Read it, tell me if I misspoke and then
5   I'm going to ask you some questions about it,
6   Mr. Farley. Just let me know when you're ready to
7   discuss that.
8       A.   Okay.
9       Q.   Did you hit anything that evening with your
10  right hand?
11      A.   Yes, I did. I actually, I was known for
12  hitting my truck. If you always looked at the tailgate
13  it had massive dents in it. You know, I would get, you
14  know, yeah. I was always, and I did, I hit my truck
15  because I had just gotten into a fight with that girl,
16  Courtney.
17      Q.   So you hit that truck before you went over to
18  Lefevre's truck and sat on the tailgate?
19      A.   Yes, I had hit the truck before I even
20  started smoking my cigarette. It was like right as she
21  was leaving.
22      Q.   Okay. Well the statement, though, the
23  statement says, "Farley said that he hit a truck at the
24  party." Did you tell the officer that you hit your
25  truck?

## Page 168

1       A.   I told him I had punched my truck. I told
2   him I can even show him the dent outside in the back
3   yard. I mean, in the front yard, but.
4       Q.   Did you break any bones in your hand in doing
5   that?
6       A.   No.
7       MR. SKAGGS: I think this is probably a good
8   place to end. We promised you we were going to let you
9   get out of here at 4:20 so you can be home for your
10  house arrest. We're reserving our right to finish the
11  remainder of this deposition.
12      THE WITNESS: Okay.
13      MR. SKAGGS: We'll be in contact with you.
14  We thank you for your cooperation.
15      THE WITNESS: Thank you.
16      (Plaintiffs' Exhibit 3 marked.)
17  (Whereupon, the deposition was concluded at 4:30 p.m.)
18
19
20
21
22
23
24
25

42 (Pages 165 to 168)

## Page 169

```
1                        * * * * *
2                   CERTIFICATE OF DEPONENT
3     PAGE   LINE      CHANGE                   REASON
4         _____    _____
5         _____    _____
6         _____    _____
7         _____    _____
8         _____    _____
9         _____    _____
10        _____    _____
11        _____    _____
12        _____    _____
13        _____    _____
14        _____    _____
15                   *   *   *   *   *
16        I, CHRISTOPHER FARLEY, deponent herein, do hereby
      certify and declare the within and foregoing
17    transcription to be my deposition in said action; that
      I have read, corrected and do hereby affix my signature
18    to said deposition.
                        _____
19                      CHRISTOPHER FARLEY, Deponent
20    STATE OF NEVADA      )
                           SS:
21    COUNTY OF CLARK      )
22        Subscribed and sworn to before me this _____ day
      of _____, 2005.
23
24                      _____
                        Notary Public
25    ///
```

## Page 170

```
1               CERTIFICATE OF REPORTER
2     STATE OF NEVADA  )
                       )   SS:
3     COUNTY OF CLARK  )
4         I, Rene' R. McCauley, a duly commissioned
5     Notary Public, Clark County, State of Nevada, do hereby
6     certify:
7         That I reported the deposition of
8     CHRISTOPHER FARLEY, commencing on Friday,
9     September 9th, 2005, at 1:30 p.m.
10        That prior to being deposed, the witness was
11    duly sworn by me to testify to the truth.  That I
12    thereafter transcribed my said shorthand notes
13    into typewriting and that the typewritten transcript
14    is a complete, true and accurate transcription of my
15    said shorthand notes.  A review of the transcript was
16    requested.
17        I further certify that I am not a relative or
18    employee of counsel of any of the parties, nor a
19    relative or employee of the parties involved in said
20    action, nor a person financially interested in
21    the action.
22        IN WITNESS WHEREOF, I have set my hand in my
23    office in the County of Clark, State of Nevada, this
24    _____ day of _____, 2005.
25                      _____
                        RENE' R. MCCAULEY, CCR NO. 326
```

43 (Pages 169 to 170)

**EXHIBIT 2**

COPY

1        DISTRICT COURT

2      CLARK COUNTY, NEVADA

3

STEPHEN TANNER HANSEN, individually,  )
4  CRAIG LEFEVRE, individually, JOSEPH  )
GRILL, individually, CARMA MAHN and   )
5  EDWARD MAHN, individually and/or as  )
parents of STEPHEN TANNER HANSEN,     )
6  CLARK & STACEY LEFEVRE, individually )
and/or as parents of CRAIG LEFEVRE,   )
7  and THOMAS GRILL, individually and/or)
as parent of JOSEPH GRILL,            )
8                                      )
           Plaintiffs,                )
9                                      )
       vs.                            )
10                                     )
311 BOYZ also known as STEVEN GAZLAY, )
11  individually; JEFF HART, individually)
CHRISTOPHER FARLEY, individually;     )
12  MATTHEW COSTELLO, individually;      )
BRANDON GALLION, individually; ANTHONY)
13  GALLION, individually; SCOTT MORSE,  )
individually; ERNEST BRADLEY AGUILAR, )
14  individually; DOMINIC HARRIMAN,      )
CHRISTOPHER MORGAN, individually;     )
15  BRIAN BUSHY, individually; JARED ROSE,)
individually; MIKE ARNOLD,            )
16  individually; and all as members of  )
the 311 BOYZ; LES ROSE, individually  )
17  and as Parent of Jared Rose; MICHAEL )
FLANK, individually; BRENDA FLANK,    )
18  individually; HELEN CONSTANIDES,     )
individually; TERRIBLE HERBST, INC.,  )
19  a Nevada corporation; BRET E. HART,  )
CHRISTINA R. HART and RITA HART,      )
20  Individually and as parents of JEFF  )
HART; MARK COSTELLO, LORRAINE         )
21  COSTELLO, Individually and as parents )
of MATT COSTELLO; DONALD GALLION and  )
22  LETICIA (TISHA) GALLION, Individually )
and as Parents of BRANDON AND ANTHONY )
23  GALLION; ERNEST SUNDERLIN AGUILAR AND )

24       DEPOSITION OF BRET HART

25

```
 1  ELIZABETH S. SMITH, Individually and  )
    as Parents of ERNEST BRADLEY AGUILAR; )
 2  AND LAURA BUSHY, Individually and as   )
    Parent of BRIAN BUSHY; "MR. AND MRS.   )
 3  MORGAN", Individually and as Parents   )
    of CHRISTOPHER MORGAN and CANYON       )
 4  TERRACE COMMUNITY ASSOCIATION, DOES 17)
    through 100; and ROE CORPORATIONS      )
 5  2-10,                                  )
                                           )
 6          Defendants.                    )
    _____   )
 7
 8
 9
10
11
12
13                          ―
14              DEPOSITION OF BRET HART
15          Taken on Tuesday, May 16th, 2006
16                  At 4:25 p.m.
17          At 2300 West Sahara Avenue, #770
18                Las Vegas, Nevada
19
20
21
22
23
24
25  REPORTED BY:  RENE' R. MCCAULEY, CCR 326
```

```
 1            MR. SHREVE:  Sure.  If you want to obtain
 2   that from the attorney, it's with attorney client
 3   privilege.  So if I may, did you gain an understanding
 4   what the Alford plea meant from someone other than Sean
 5   Sullivan?
 6            THE WITNESS:  No.
 7            MR. SHREVE:  All right.
 8       Q.   (By Mr. Bowen)  But you don't believe your
 9   boy, Jeff, pled guilty to anything; is that correct?
10       A.   I don't believe so.
11       Q.   Do you believe your boy did anything wrong on
12   July 18th, 2003?
13            MR. SHREVE:  Objection, form and foundation.
14   If you know, sir, you can answer.
15            THE WITNESS:  I don't believe he did.
16       Q.   (By Mr. Bowen)  What did he tell you
17   happened?
18       A.   He said he showed up to that party, he was,
19   as he was walking up the car was pulling out and hit
20   his friend as he got there and they were trying to stop
21   the car.
22       Q.   Did they call the police?
23       A.   No, not that I know of.
24       Q.   Did you ask him why they didn't call the
25   police?
```

```
 1        A.    Well, no.  I didn't ask him.

 2        Q.    Did he have a cell phone there?

 3        A.    No, not that I know of.

 4        Q.    Did he chase down the vehicle with his car?

 5        A.    No.

 6        Q.    Did he tell you why he jumped the wall?

 7        A.    They were trying to stop the car.

 8        Q.    What did he tell you he did trying to stop

 9   the car?

10        A.    He was out in the road.

11        Q.    Doing what?

12        A.    Waving his arms.

13        Q.    That's what he told you?

14        A.    Yes.

15        Q.    Did he pick up a rock?

16        A.    Nope.

17        Q.    Did you hear that he picked up a rock?

18        A.    Yes, I've heard that.

19        Q.    Did you ask him if he picked up a rock after

20   you heard that?

21        A.    Yes.

22        Q.    What did he tell you?

23        A.    He said he picked them up and sat them back

24   down.

25        Q.    Do you know why he wouldn't answer any
```

```
1                    CERTIFICATE OF REPORTER

2   STATE OF NEVADA   )
                      )     ss:
3   COUNTY OF CLARK   )

4            I, Rene' R. McCauley, a duly commissioned

5   Notary Public, Clark County, State of Nevada, do hereby

6   certify:

7            That I reported the deposition of

8   BRET HART, commencing on Tuesday,

9   May 16th, 2006, at 4:25 p.m.

10           That prior to being deposed, the witness was

11  duly sworn by me to testify to the truth.  That I

12  thereafter transcribed my said shorthand notes

13  into typewriting and that the typewritten transcript

14  is a complete, true and accurate transcription of my

15  said shorthand notes.  A review of the transcript was

16  requested.  I further certify that I am not a relative

17  or employee of counsel of any of the parties, nor a

18  relative or employee of the parties involved in said

19  action, nor a person financially interested in

20  the action.

21           IN WITNESS WHEREOF, I have set my hand in my

22  office in the County of Clark, State of Nevada, this

23  _22nd___ day of ___May_____, 2006.

24                              _____

25                              RENE' R. MCCAULEY, CCR 326
```