1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

7   STEPHEN TANNER HANSEN, *et al.*,  )
                                     )
8          Plaintiffs,               )          Case No.  2:11-cv-01519-GMN-CWH
                                     )
9   vs.                              )          **ORDER**
                                     )
10  LIBERTY MUTUAL FIRE INSURANCE    )
    CO., *et al.*,                   )
11                                   )
12         Defendants.               )
    _____)

13         This matter is before the Court on Plaintiff's Emergency Motion to Compel (#41), filed

14  November 6, 2012.

15         Summary judgment was entered in this matter on September 30, 2012.  *See* Order (#30).

16  Plaintiff has filed an emergency motion for reconsideration of the order granting summary

17  judgment (#32), which is pending.  Plaintiff has also appealed the order granting summary

18  judgment to the Ninth Circuit.  *See* Notice of Appeal (#36).  Both the request for reconsideration

19  and the notice of appeal were filed prior to the filing of this motion.  Consequently, unless and until

20  the requested reconsideration is granted or the Ninth Circuit reverses the order on summary

21  judgment, Plaintiff's motion to compel (#41) is untimely.  Accordingly,

22         **IT IS HEREBY ORDERED** that Plaintiff's Emergency Motion to Compel (#41) is

23  **denied**.

24         DATED this 26th day of November, 2012.

25
26  _____
27  **C.W. Hoffman, Jr.**
    **United States Magistrate Judge**
28